RECEIVED
NOV 13 2002
SENIOR JUDGE WILLIAM M. NICKERSON

LAW OFFICES
**JEFFREY S. GOLDSTEIN, P.A.**
A PROFESSIONAL ASSOCIATION
222 BLAUSTEIN BUILDING
ONE NORTH CHARLES STREET
BALTIMORE, MARYLAND 21201-3710

JEFFREY S. GOLDSTEIN*

TELEPHONE: (410) 609-2222
FACSIMILE: (410) 609-6187

OF COUNSEL

ROBIN FRAZIER KANDEL

*ALSO ADMITTED IN CA
††ALSO ADMITTED IN HAWAII

November 13, 2002

**Via Facsimile (410) 962-2577**
The Honorable William M. Nickerson
United States District Court
   For the District of Maryland
U.S. Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

Re:   Kenneth Fay vs. United Refrigeration, et al.
      Civil Action Nos. WMN-02-CV-3210 and WMN-02-CV-3235

Dear Judge Nickerson:

Please be advised that the Plaintiff has agreed that the Defendants shall have a one week extension to respond to Plaintiff's Motion to Remand, in the above captioned cases. Accordingly the Defendants' responses will be due on or before November 22, 2002.

Thank you for your consideration of this matter.

Respectfully yours,

Jeffrey S. Goldstein

JSG:pam

cc:   Roy W. Anderson, Jr., Esquire, (Via Facsimile)
      Mary Weidner, Esquire, (Via Facsimile)
      Mr. Anver Jafferjee

APPROVED THIS 13th DAY OF November, 2002

_____
SENIOR UNITED STATES DISTRICT JUDGE