LAW OFFICES
OF
**JONATHAN P. STEBENNE**
SUITE 1101 · TOWER II
100 SOUTH CHARLES STREET
BALTIMORE, MARYLAND 21201

JONATHAN P. STEBENNE
EUGENE A. EDGETT, JR.
A. PAUL KAYE
EUGENE CATANIA
ROY W. ANDERSON JR.
SHARON M. CHAMBERS
S. PATRICK SULLIVAN
GREGORY J. JONES
MARGARET WILLIS KING
MARK J. STRONG
PAULA M. ELBICH
JAMIE S. BONENBERGER



TELEPHONE (410) 752-0575
0576
FAX: (410) 244-7033

SENIOR JUDGE WILLIAM M. NICKERSON

## VIA TELEFAX

November 22, 2002

Honorable William M. Nickerson
United States District Court
 for the District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

Re:   Plaintiff(s): Kenneth Fay
      Defendant(s)/Our Client(s):  United Refrigeration, Inc.
      Date of Occurrence:  May 5, 1999
      Place of Occurrence:  United Refrigeration facility, Howard County, Maryland
      Court:  U.S. District Court for the District of MD/Case No. WMN-02-CV-3210
      Our File No. P 303-181629-01

Dear Judge Nickerson:

On November 21, 2002, all counsel and your law clerk, Richard Ames-Ledbetter, conducted a telephone conference call to discuss the Defendants' response to the Plaintiff's Motion to Remand. As you may recall, the Defendants' responses were due on or before November 22, 2002. On Monday, November 18, 2002, Mary G. Weidner, Esq., the attorney for Frank W. Winne & Sons, Inc. dictated a joint response on behalf of both Defendants. Her office utilizes an out-of-town typing service in which the document is dictated into the telephone, typed and forwarded to the attorney. After dictating the Defendants' joint response, Ms. Weidner awaited the typed document. Ms. Weidner eventually learned that the dictated joint response was lost in the transmission from her office to the typing service. Ms. Weidner did not have the Defendant's joint response in written form, and dictated it by using an outline. Consequently, Ms. Weidner had to re-dictate the entire joint response and transmit it again to the typing service for typing the document. The above was explained to Jeffrey S. Goldstein, Esq., and he consented to extending the deadline for filing the joint response to Wednesday, November 27, 2002; if

*APPROVED* " THIS 22ⁿᵈ DAY
OF *November*, 20 **02**

SENIOR UNITED STATES DISTRICT JUDGE

Page 2

Your Honor would be so kind as to grant an extension given these unfortunate and unusual circumstances

Thank you very much for reviewing this request.

Very truly yours,

Roy W. Anderson, Jr.

RWAjr

cc:    Jeffrey S. Goldstein, Esq.
       Mary G. Weidner, Esq.
       Andre Hayes
       William C. Sennett