IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| KENNETH FAY | : | |
| v. | : | Civil Action No. WMN-02-3210 |
| UNITED REFRIGERATION, et al. | : | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| KENNETH FAY | : | |
| v. | : | Civil Action No. WMN-02-3235 |
| UNITED REFRIGERATION, et al. | : | |

**ORDER**

Pursuant to the foregoing memorandum, and for the reasons stated therein, IT IS this 3rd day of January, 2003, by the United States District Court for the District of Maryland, hereby ORDERED:

1. That in Civil Action No. WMN-02-3210, Plaintiff's Motion to Remand (Paper No. 13) is hereby DENIED;

2. That in Civil Action No. WMN-02-3235, Plaintiff's Motion to Remand (Paper No. 9) is hereby DENIED;

3. That in Civil Action No. WMN-02-3210, Defendants United Refrigeration, Inc.'s and Frank Winne & Son, Inc.'s Joint Motion to Amend Petition for Removal (Paper No. 17) is hereby GRANTED;

4. That the above-captioned cases are hereby consolidated for all purposes under Civil Action No. WMN-02-3210, and all future pleadings are to be captioned and filed in that action;

5. That all pleadings filed heretofore in Civil Action No. WMN-02-3235 shall be deemed to have been filed in Civil Action No. WMN-02-3210;

6. That Civil Action No. WMN-02-3235 is hereby ADMINISTRATIVELY CLOSED; and

7. That the Clerk of the Court shall mail or transmit a copy of this Order to all counsel of record.

                                                       */s/*
                                       William M. Nickerson
                                       Senior United States District Judge