IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| KENNETH FAY | * | |
| Plaintiff | | |
| vs. | * | Civil Action No.: WMN-02-3210 |
| JAFFERJEE BROTHERS, INC. | | |
| JAFFERJEE BROTHERS GROUP OF COMPANIES | | |
| JB GROUP OF COMPANIES | | |
| JAFFERJEE AND SONS PVT LTD. | | |
| Defendants | | |

******

**ORDER**

Plaintiff having failed to serve the summons and complaint upon defendants **Jafferjee Brothers, Inc.; Jafferjee Brothers Group of Companies; JB Group of Companies; and Jafferjee and Sons Pvt Ltd.** within 120 days after the filing of the complaint, it is, this 13th day of May 2003,

ORDERED that plaintiff show good cause within 14 days of the date of this order why the complaint should not be dismissed as to the above named defendants without prejudice pursuant to Fed. R. Civ. P. 4(m) and Local Rule 103.8.a.

_____
William M. Nickerson
Senior United States District Judge

U.S. District Court (Rev. 1/2000)