FILED
...TC JRT
...LAND

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

2003 MAY 29 A 10: 59

AT BALTIMORE

DEPUTY

KENNETH FAY

    Plaintiff                  \*

v.                            \* Civil Action No. WMN-02-3210

UNITED REFRIGERATION, INC.,
et al.

    Defendants
                             \*
\*          \*    \*                        \*      \*

ORDER

Upon consideration of the Plaintiff's Response to the Order to Show Cause, and for good cause shown, it is this **28th** day of **May**, 2003;

ORDERED, that the Plaintiff has shown good cause and the Complaint shall not be dismissed for want of prosecution; and it is further

ORDERED, that the time in which to effectuate service on the Defendants, Jafferjee Brothers, Inc., Jafferjee Brothers Group of Companies, and JB Group of Companies, be, and the same hereby is enlarged for a period of ~~120~~ **60** days.

                                              _/s/ WMNickerson_
                                              William M. Nickerson
                                              United States District Judge