APS International Plaza · 7800 Glenroy Road
Minneapolis, Minnesota 55439-3122
PHONE: (952) 831-7776
FAX: (952) 831-8150

# APS International, Ltd.

**Wednesday, June 18, 2003**

> JEFFREY S. GOLDSTEIN, P.A.
> Mr. Jeffrey S. Goldstein
> One North Charles Street
> 222 Blaustein Building
> Baltimore, MD  21201-3710

*ENCLOSED IS THE RESPONSE TO YOUR REQUEST IN THIS MATTER.*

| | |
|---|---|
| **APS File #:** | 237114-0001 |
| **Your Ref #:** | GP002.99 |
| **Case Name:** | Fay  v  United Refrigeration Inc., et al |
| **Defendant:** | Jafferjee Brothers, Inc. |
| **Country:** | Sri Lanka |
| **Person Served:** | Jafferjee Brothers, Inc. |
| **Title of Person Served (if applicable):** | n/a |
| **Date Completed:** | March 10, 2003 |

We have enjoyed this opportunity to work with you and remain ready to further assist you with service of process or discovery both domestically and abroad.

Thank you for using APS International!

Sincerely,

*Glenda Fichtner*

Glenda Fichtner
International Division



**INVOICE**



**Civil Action Group**
dba APS International, Ltd.

APS International Plaza · 7800 Glenroy Road
Minneapolis, Minnesota 55439-3122
(952) 831-2355

APS File No: 237114-0001
2003-06-18 09:38:22.000

**BILL TO:**

JEFFREY S. GOLDSTEIN, P.A.
Attn: Mr. Jeffrey S. Goldstein
One North Charles Street
222 Blaustein Building
Baltimore, MD 21201-3710

Case Name:      Fay v United Refrigeration Inc., et al
Attorney File #:    GP002.99
Subject:        Jafferjee Brothers, Inc.
Location:       Central, Colombo 12, Sri Lanka

## CHARGES

| Date | Service Type | Quantity | Price | Extended | Amount Paid | Balance Due |
|---|---|---|---|---|---|---|
| 29-Jan-2003 | Hague Processing Fee | 1 | 295.00 | 295.00 | | |
| | | Total Charges: | | 295.00 | | |

## PAYMENTS

| Date | Check Number | | | | | |
|---|---|---|---|---|---|---|
| 27-Jan-2003 | 2227 | | | | 295.00 | |
| | | | | Total Payments: | 295.00 | |
| | | | | Balance Due: | | $0.00 |

We accept Visa and Mastercard.

Page 1 of 1

IMPORTANT -- FOR PROPER CREDIT, PLEASE RETURN A COPY OF THIS INVOICE WITH PAYMENT.
APS Federal Tax ID #41-1954233

2000 අංක 39 දරණ සිවිල් හා වාණිජ කරුණුවලදී
අන්‍යෝන්‍ය සහයෝගය ලබා දීම සඳහා වූ පනතේ
6(3) වගන්තියඅනුව සහතිකය
_____

ඉහත සඳහන් පනතේ 6(3) වගන්තියට අනුකූලව සිතාසි හා ලේඛණ පහත
දන්වා ඇති පරිදි එනම්:-

දිනය :- 2003 මාර්තු මස 10 වන දින

ස්ථානය විදිය :- කොළඹ 14 ශාන්ත ජෝශප් විදිය ඇපරල් බ්‍රදර්ස් සිදි

පහත දැක්වෙන ඇත් අන්දමත් මහින්:-

(අ) ශ්‍රී ලංකාවේ නීතිය අනුව

සේවා ලේඛණවල සඳහන්ව තිබූ වගඋත්තරකාර ආයතනයේ නම ලිපිනය
ලෙස සඳහන් කර තිබූ ඉහත සඳහන් ලිපිනයේ දී 1997 අංක.14 දරණ සිවිල් නඩු විධාන
සංග්‍රහයේ(සංශෝධන) පණතේ අංක.60(2)වගන්තියඅනුව එම ස්ථානයේ පිහිටි ඇපරල් බ්‍රදර්ස්
ආයතනය ඉදිරිපස බිත්තියේ අලවා හාර්දී ඇති බව මෙම පහත අත්සන් කරන බලධරයා
විසින් සහතික කර සිටිනු ලබමි. මෙම අධිකරණයේ සේවය කරන තේ.ඩී.ප්‍රේමරත්න මහතා
විසින් ගෙනගොස් පහත දැක්වෙන තාරණ හේතුකොට ගෙන එනම් ඇපරල් බ්‍රදර්ස් ජේ.බී
ශෂ් ම/ජ් කම්පැනීස්/ඇපරල් බ්‍රදර්ස් ශෂ් ම/ජ් කම්පැනීස් ආයතනයේ සිටි නීති
නිළධාරි එස් ලත්තිලක මිය හාර ගැනීම ප්‍රතික්ෂේප කිරීමෙන් පසුව අදාල ලේඛණ ශ්‍රී
ලංකාවේ නීතියඅනුව ඉහත සඳහන් පරිදි අලවා හාර්දීමට පියවර ගෙන ඇති බව
සහතික කරමි.

ඉහත සඳහන් පරිදි අදාල ලේඛණ අලවා හාර්දීම තහවුරු කිරීම සඳහා සිතාසි
හාර දෙන්නාගේ 2003.03.12 දිනැති දිවුරුම් පත්‍රය අමුණා ඇත.

M. Gunaratne

දිසා විනිසුරු - කොළඹ

2003.04.04 වන දින                     ගුණරත්න
කොළඹ දිසා අධිකරණයේදීය.               දිසා විනිසුරු
                                        කොළඹ

**Translation**

### Certificate in terms of Section 6(3) of the Mutual Assistance in Civil and Commercial Matters Act, No.39 of 2000

    The undersigned authority certifies, that the summons and documents have been served in conformity with section 6(3) of the above mentioned Act as indicated below,

namely on the (date) 10th March 2003,
at (place, street) Jafferjee Brothers, St. Joseph's Street, Colombo 14.

in one of the following modes :-
    (a) in accordance with the law of Sri Lanka,

    in accordance with section 60(2) of the Civil Procedure Code (Amendment) Act, No.14 of 1997, by affixing to the front wall of M/s Jafferjee Brothers at the above address which is stated in the service documents as the address of the respondent institution. It is certified that the relevant documents were taken by Mr. K.D.Premaratne, an employee of this Court and that owing to the fact that Mrs. S. Laktillake, Legal Officer of Jafferjee Brothers / JB Group of Companies / Jafferjee Brothers Group of Companies refused to accept them they were served by affixing in the manner stated above in accordance with the law of Sri Lanka.

    In proof of the service of the relevant documents by affixing in the manner stated above, the affidavit of the Process Server, dated 12.03.2003, is annexed hereto.

                                            (signed / M.Gunaratne)
                                            District Judge - Colombo

                                            (seal / Malini Gunaratne
                                            District Judge
                                            Colombo )

District Court of Colombo
04.04.2003

                            Translation certified correct.

L.D.W. JAYAWARDHANA
Sworn Translator
Ministry of Justice
COLOMBO - 12.



පිස්කල් 82
Fiscal 82
(L 6 Sin.) 61/3

සිතාසි භාරදීම පිළිබඳ වූ පිස්කල් කැඳවීම් නියෝග භාරදෙන්නාගේ දිවුරුම් පත්‍රය

අංකය: 39/2000

සිතාසි භාර දෙන්නා වන ........ඩබ්. ඒ. ශ්‍රීරත්න........ නමැති මා ගම්භීරතා පූර්වක ව ද අවංක ව ද සහතික වශයෙන් ප්‍රකාශ කොට/දිවුරුම් දී කියා සිටින වග නම්, මෙහි නම් කර ඇති සිතාසිය/දැන්වීම එහි දෙවන පිටපතක් වර්ෂ ඒ.ඩී. 2003.......

[handwritten text in Sinhala]

............................................ සිතාසි භාර දෙන්නා.

මෙහි ඉහත සඳහන් දිවුරුම් පත්‍රය ප්‍රකාශකයාහට ඔහුගේ භාෂාව වන සිංහලෙන්/ දෙමළෙන් වීදි වූ පරිදි කියවා සත්‍ය ලෙස තේරුම් කර දුන් පසු ඔහු එහි අඩංගු කරුණු තේරුම් ගත් බව පෙනී ගිනෙන්, ඔහු විසින් එහි සිය අත්සන සටහන් කරන ලදුව .......මාර්...... මස.......12........ වැනි දා වන මෙදින ..........කොළඹ දී.......... ඔහු මා ඉදිරිපිට සහතික කොට දිවුරවනු ලැබූ බව ප්‍රකාශ කරමි.

.................................
නියෝජ්‍ය පිස්කල් මහතා.

සැළකිය යුතුය.—අපරාධ නඩු විධාන සංග්‍රහයේ 46 සහ 47 යන වගන්ති සර්වප්‍රති සාක්ෂි දීමට උසාවිය විසින් නියම කරනු ලැබූ අවස්ථාවල පාවිච්චි නොකළ යුතුය.

TRANSLATION

### Fiscal's Process Server's Affidavit of Service of Summons

No.39/2002

I, K.D. Premaratne server, solemnly, sincerely, declare and affirm /make oath and say that since the acceptance of a duplicate of the within named summons of Anver Jafferjee, of Jafferjee Group of Companies, at St. Joseph's Street, Colombo 14 being the address given in the service documents was refused by Mrs. S. Laktillake, Legal Officer thereon on 10th March, 2003, it was affixed on the front wall of the address concerned on the verbal order of the Additional District Judge Mr. Thilak Thabrew, in terms of Section 60(2) of the Civil Procedure (Amendment) Act No.14 of 1997.

Sgd. Illegibly,
Server.

The foregoing Affidavit was duly read over and truly interpreted to the declarant in Sinhalese/ Tamil, his own language, and he appearing to understand the contents thereof wrote his signature thereto and was affirmed/sworn to at the District Court, Colombo this 12th day of March 2003.

Before me.

Sgd./Illegibly,
Registrar / Deputy Fiscal,
District Court,
Colombo 12.

..............................

Translation certified correct.

L.D.W. JAYAWARDHANA
Sworn Translator
Ministry of Justice
COLOMBO - 12.

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Maryland

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matierè civile ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Glenda E. Fichtner<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A. | Ministry of Justice, Law Reform and National Integration<br>Secretary, Ministry of Justice<br>PO Box 555<br>Superior Courts Complex, Hulftdorp<br>Colombo 12<br><br>Sri Lanka |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
(*identité et adresse*)    Jafferjee Brothers, Inc.
169 Srimavo Bandanranaike Mwa, Central, Colombo 12, Sri Lanka
Tel:

[ ] (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    a)  *selon les formes légales (article 5, alinéa premier, lettre a).*
[X] (b)  in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    b)  *selon la forme particulière suivante (article 5, alinéa premier, lettre b):* By personally delivering the documents into the hands of any officer, managing agent or any other agent authorized to accept service of process upon the defendant. If you are unable to effect service by this method, please proceed with service in accordance with sub-paragraph (a) above.
[ ] (c)  by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
    c)  *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

Please see attached List of Documents

Done at  APS INTERNATIONAL
*Fait à* Minneapolis, Minnesota, U.S.A.  APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439 the 2/14/2003
, *le*

Signature and/or stamp.
*Signature et/ou cachet.*

*Glenda Fichtner*

* Delete if inappropriate.
*Rayer les mentions inutiles.*

(Formerly OBD-116 which was formerly LAA-116,    USM-94
both of which may still be used)    (Est. 11/22/77)