APS International Plaza · 7800 Glenroy Road
Minneapolis, Minnesota 55439-3122
PHONE: (952) 831-7776
FAX: (952) 831-8150

# APS International, Ltd.

Wednesday, June 18, 2003

> JEFFREY S. GOLDSTEIN, P.A.
> Mr. Jeffrey S. Goldstein
> One North Charles Street
> 222 Blaustein Building
> Baltimore, MD 21201-3710

**ENCLOSED IS THE RESPONSE TO YOUR REQUEST IN THIS MATTER.**

| | |
|---|---|
| **APS File #:** | 237114-0003 |
| **Your Ref #:** | GP002.99 |
| **Case Name:** | Fay v United Refrigeration Inc., et al |
| **Defendant:** | JB Group of Companies |
| **Country:** | Sri Lanka |
| **Person Served:** | JB Group of Companies |
| **Title of Person Served (if applicable):** | n/a |
| **Date Completed:** | March 10, 2003 |

We have enjoyed this opportunity to work with you and remain ready to further assist you with service of process or discovery both domestically and abroad.

Thank you for using APS International!

Sincerely,

*Glenda Fichtner*

Glenda Fichtner
International Division

# Civil Action Group
## dba APS International, Ltd.

APS International Plaza · 7800 Glenroy Road
Minneapolis, Minnesota 55439-3122
(952) 831-2355

**INVOICE**
APS File No: 237114-0003
2003-06-18 09:55:51.000

**BILL TO:**

JEFFREY S. GOLDSTEIN, P.A.
Attn: Mr. Jeffrey S. Goldstein
One North Charles Street
222 Blaustein Building
Baltimore, MD  21201-3710

Case Name:      Fay v United Refrigeration Inc., et al
Attorney File #:  GP002.99
Subject:        JB Group of Companies
Location:       Central, Colombo 12, Sri Lanka

## CHARGES

| Date | Service Type | Quantity | Price | Extended | Amount Paid | Balance Due |
|---|---|---|---|---|---|---|
| 29-Jan-2003 | Hague --Addtl. Defendant | 1 | 250.00 | 250.00 | | |
| | Total Charges: | | | 250.00 | | |

## PAYMENTS

| Date | Check Number | | | | | |
|---|---|---|---|---|---|---|
| 27-Jan-2003 | 2227 | | | | 250.00 | |
| | Total Payments: | | | | 250.00 | |
| | Balance Due: | | | | | $0.00 |

We accept Visa and Mastercard.

Page 1 of 1

IMPORTANT -- FOR PROPER CREDIT, PLEASE RETURN A COPY OF THIS INVOICE WITH PAYMENT.
APS Federal Tax ID #41-1954233

2000 අංක.39 දරණ සිවිල් හා වාණිජ තරණඛෙදී
අන්තාන්‍ය සහයෝගය ලබා දීම සඳහාවූ පනතේ
6(3) වගන්තියඅනුව සහතිකය
_____

ඉහත සඳහන් පනතේ 6(3) වගන්තියට අනුකුලව සිතාසි හා ලේඛණ පතුය
ඡේවා ඇති පරිදි එනම්:-

දිනය: 2003 මාර්තු මස 10 වන දින

ස්ථානය විදිය: කොළඹ 14 ශාන්තයෝසේප් විදිය ජැපජිප් බුද්ධස් හිදී

පනත දැක්වෙනවත් අන්දමත් මහින්:-

  (අ) ශී් ලංකාවේ නීතියඅනුව

ජේවා ලේඛණවල සඳහන්ව තිබූ වගඋත්තරකාර ආයතනයේ නම ලිපිනය
ලෙස සඳහන් කර තිබූ ඉහත සඳහන් ලිපිනයේ දී 1997 අංක 14 දරණ සිවිල් නඩු විධාන
සංග්‍රහයේ (සංශෝධන) පනතේ අංක 60(2) වග්න්තිය අනුවවම ස්ථානයේ පිහිටි ජැපජිප් බුද්ධස්
ආයතනය ඉදිරිපස බිත්තියේ අලවා හාර්දී ඇති බව මෙසි පනත අත්සන් කරන බලධරයා
විසින් සහතික කර සිටිනු ලැබේ. මෙම අංතරණයේ සේවය කරන තේ.ඩී. ජේමරත්න මහතා
විසින් ශොගොයේ පනත දැන්වෙන සර කේතුකොට ගෙන එනම් ජැපජිප් බුද්ධස් ජේ. බී.
ශාජ් ඔ/ජ් තම්පැනිස්/අපජිප් බුද්ධස් ශාජ් ඔ/ජ් තම්පැනිස් ආයතනයේ සිටි නීති
නිලධාරී එස් ලක්තිලක මිය භාර ගැනීම පතික්ෂේප පිටමෙන් පසුව අදාල ලේඛණ ශී්
ලංකාවේ නීතියඅනුව ඉහත සඳහන් පරිදි අලවා හාර්දීමට පියවර ගෙනඇති බව සහතික
කරමි.

ඉහත සඳහන් පරිදි අදාල ලේඛණ අලවා හාර්දීම තහවුරු කිරීම සඳහා සිතාසි
හාර දෙන්නාගේ 2003.03.12 දිනැති දිවුරුම් පතුය අමුණා ඇත.

                                                        M. [signature]
                                                    දිසා විනිසුරු-කොළඹ

                                                    ලලිත් ගුණරත්න
                                                    දිසා විනිසුරු
                                                    කොළඹ

2003.04.04 වන දින
කොළඹ දිසා අධිකරණයේදීය.

**Translation**

### Certificate in terms of Section 6(3) of the Mutual Assistance in Civil and Commercial Matters Act, No.39 of 2000

The undersigned authority certifies, that the summons and documents have been served in conformity with section 6(3) of the above mentioned Act as indicated below,

namely on the (date) 10th March 2003,
at (place, street) Jafferjee Brothers, St. Joseph's Street, Colombo 14.

in one of the following modes :-
 (a) in accordance with the law of Sri Lanka,

in accordance with section 60(2) of the Civil Procedure Code (Amendment) Act, No.14 of 1997, by affixing to the front wall of M/s Jafferjee Brothers at the above address which is stated in the service documents as the address of the respondent institution. It is certified that the relevant documents were taken by Mr. K.D.Premaratne, an employee of this Court and that owing to the fact that Mrs. S. Laktillake, Legal Officer of Jafferjee Brothers / JB Group of Companies / Jafferjee Brothers Group of Companies refused to accept them they were served by affixing in the manner stated above in accordance with the law of Sri Lanka.

In proof of the service of the relevant documents by affixing in the manner stated above, the affidavit of the Process Server, dated 12.03.2003, is annexed hereto.

(signed / M.Gunaratne)
District Judge - Colombo

(seal / Malini Gunaratne
District Judge
Colombo )

District Court of Colombo
04.04.2003

----------------------
Translation certified correct.

L.D.W. JAYAWARDHANA
Sworn Translator
Ministry of Justice
COLOMBO - 12.

H 011919–200,000 (2001/06) ශ්‍රී ලංකා රජයේ මුද්‍රණ දෙපාර්තමේන්තුව

පිස්කල් 82
Fiscal 82
(L 6 Sin.) 61/3



සිතාසි බාරදීම පිළිබඳ වූ පිස්කල් කැඳවීම් නියෝග බාරදෙන්නාගේ
දිවුරුම් පත්‍රය

අංකය: 39/2002

සිතාසි බාර දෙන්නා වන ............ C. D. ශ්‍රීරාම් ............

නමැති මා ගම්භීරතා පූර්වක ව ද, අවංක ව ද, සහතික වශයෙන් ප්‍රකාශ කොට/දිවුරුම් දී කියා සිටින වග නම්, මෙහි නම් කර ඇති සිතාසියේ/දැන්වීමේ එහි දෙවන පිටපතක් වර්ෂ 20.0.3 ....... [handwritten Sinhala text] ........

............ සිතාසි බාර දෙන්නා

මෙහි ඉහත සඳහන් දිවුරුම් පත්‍රය ප්‍රකාශක හට ඔහුගේ භාෂාව වන සිංහලෙන්/දෙමළෙන් වීදි වූ පරිදි කියවා සත්‍ය ලෙස තේරුම් කර දුන් පසු ඔහු එහි අඩංගු කරුණු තේරුම් ගත් බව පෙනී ගියෙන්, ඔහු විසින් එහි සිය අත්සන සටහන් කරන ලදුව 20.0.3 .... ජූනි .... මස ..12.. වැනි දා වන මේදින ............ දී ඔහු මා ඉදිරිපිට සහතික කොට දිවුරවනු ලැබූ බව ප්‍රකාශ කරමි.

............
නියෝජ්‍ය පිස්කල්

සැලකිය යුතුය – අපරාධ නඩු විධාන සංග්‍රහයේ 46 සහ 47 වන වගන්ති යටතේ බාර දීමට උසාවිය විසින් නියම කරනු ලැබූ අවස්ථාවල සාච්චිවී පොකළු යුතුය.

## TRANSLATION

### Fiscal's Process Server's Affidavit of Service of Summons

No.39/2002

    I, K.D. Premaratne server, solemnly, sincerely, declare and affirm /make oath and say that since the acceptance of a duplicate of the within named summons of Anver Jafferjee, of Jafferjee Group of Companies, at St. Joseph's Street, Colombo 14 being the address given in the service documents was refused by Mrs. S. Laktillake, Legal Officer thereon on 10th March, 2003, it was affixed on the front wall of the address concerned on the verbal order of the Additional District Judge Mr. Thilak Thabrew, in terms of Section 60(2) of the Civil Procedure (Amendment) Act No.14 of 1997.

                                                                     Sgd. Illegibly,
                                                                     Server.

    The foregoing Affidavit was duly read over and truly interpreted to the declarant in Sinhalese/ Tamil, his own language, and he appearing to understand the contents thereof wrote his signature thereto and was affirmed/sworn to at the District Court, Colombo this 12th day of March 2003.

                                          Before me.

                                                      Sgd./Illegibly,
                                                      Registrar / Deputy Fiscal,
                                                      District Court,
                                                      Colombo 12.

                                    ...........................

                                  Translation certified correct.

L.D.W. JAYAWARDHANA
Sworn Translator
Ministry of Justice
COLOMBO - 12.

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Maryland

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matierè civile ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Glenda E. Fichtner<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Fax: (952) 831-8150<br>E-mail: GFichtner@APS-NOW.com | Ministry of Justice, Law Reform and National Integration<br>Secretary, Ministry of Justice<br>PO Box 555<br>Superior Courts Complex, Hulftdorp<br>Colombo 12<br><br>Sri Lanka |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
 (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
 *(identité et adresse)*   JB Group of Companies
                           169 Srimavo Bandanranaike Mwa, Central, Colombo 12, Sri Lanka
                           Tel:

[ ] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
 a) *selon les formes légales (article 5, alinéa premier, lettre a).*
[X] (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
 b) *selon la forme particuliére suivante (article 5, alinéa premier, lettre b):* By personally delivering the documents into the hands of any officer, managing agent or any other agent authorized to accept service of process upon the defendant. If you are unable to effect service by this method, please proceed with service in accordance with sub-paragraph (a) above.
[ ] (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
 c) *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

**List of documents**
*Enumération des pièces*

See Attached List of Documents

Done at
*Fait à* Minneapolis, Minnesota, U.S.A.           , le 2/14/2003

APS INTERNATIONAL
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439

Signature and/or stamp.
*Signature et/ou cachet.*

*Glenda Fichtner*

\* Delete if inappropriate.
*Rayer les mentions inutiles.*

(Formerly OBD-116 which was formerly LAA-116, both of which may still be used)

USM-94
(Est. 11/22/77)