IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2003 AUG -5  P 2: 49

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

| | | |
|---|---|---|
| KENNETH FAY | * | |
| Plaintiff | | |
| v. | * | CIVIL NO. WMN-02-3210 |
| | * | |
| JAFFERJEE BROTHERS, INC. | * | |
| JAFFERJEE BROTHERS GROUP OF COMPANIES | * | |
| JB GROUP OF COMPANIES | * | |
| JAFFERJEE AND SONS PVT LTD. | * | |
| Defendants | | |

*************

## ORDER

The above-noted case was filed on September 30, 2002. On June 20, 2003, returns of service were filed as to Jafferjee Brothers, Inc.; Jafferjee Brothers Group of Companies and JB Group of Companies, reflecting that service was effectuated on these defendants on March 10, 2003  To date, however, these three defendants have not filed an answer to the complaint. Also, there has been no proof of service filed as to Jafferjee and Sons Pvt. Ltd. Therefore, it is, this 5th day of August, 2003,

ORDERED:

1  That plaintiff file and serve by mail on defendants **Jafferjee Brothers, Inc.; Jafferjee Brothers Group of Companies and JB Group of Companies** a motion for entry of default by the Clerk and a motion for default judgment, or provide a report as to why such motions would be inappropriate, within **14 days** of this order;

2. That plaintiff file a report, also within **14 days** of this order as to the status of **defendant Jafferjee and Sons Pvt. Ltd.; and**

3. That the Clerk mail or transmit copies of this Order to counsel of record.

_____
William M. Nickerson
Senior United States District Judge