LAW OFFICES
## JEFFREY S. GOLDSTEIN, P.A.
A PROFESSIONAL ASSOCIATION

JEFFREY S. GOLDSTEIN*

222 BLAUSTEIN BUILDING
ONE NORTH CHARLES STREET
BALTIMORE, MARYLAND 21201-3710

TELEPHONE: (410) 539-2222
FACSIMILE: (410) 539-8157

BERTRAM M. GOLDSTEIN, P.A.††
OF COUNSEL

*ALSO ADMITTED IN CA
††ALSO ADMITTED IN HAWAII

August 19, 2003

**VIA FACSIMILE (410)962-2577**
The Honorable William M. Nickerson
United States District Court
    For the District of Maryladn
U.S. Courthouse
101 West Lombard Street
Baltimore, MD  21201

    RE:   Kenneth Fay v. United Refrigeration, et al.
              Case Number: 1:02-cv-3210

Dear Judge Nickerson:

    On or about December 2, 2002, we received correspondence from Wijesnighe & Jayasekera, Attorneys-at-Law, on behalf of Jafferjee & Sons (Private) Limited, indicating, that Jafferjee & Sons (Private) Limited was mistakenly named as a defendant in this matter. (See copy of November 15, 2002, letter attached)  Based on that attorney's representation, we did not attempt formal service on Jafferjee & Sons (Private) Limited.  Rather, we requested corroboration of the assertions set forth in their letter (See our responsive letter dated December 12, 2002), and hoped to sort the involvement of this company out during discovery.  With the other three Sri Lankan Defendants in default, we believe that dismissal of this defendant would be premature and inappropriate.

    Accordingly, we request that no action be taken with regard to Jafferjee & Sons (Private) Limited at this time.

    Thank you for your consideration of this matter.

                                                   Respectfully yours,

                                                   Jeffrey S. Goldstein

JSG/glh

**WIJESINGHE & JAYASEKERA**
   Attorneys-at-Law
         & 
   Notaries Public

No.15, Jambugasmulla Road,
Nugegoda, Sri Lanka.
Phone: 852472.
E-mail: amalj@slt.lk,
       alexj@sri.lanka.net

A.B.W.Jayasekera
Associate:
A.A.H.W.Jayasekera      Date: 15/11/2002.

Jeffrey S.Goldstein Esq,
Bertram M.Goldstein Esq,
222, Blaustein Building,
One North Charles Street,
Suit 222, Baltimore,
MD 21201-3710,
United States of America.

Dear Sirs,

In the Circuit Court for Howard County Case No.13-C-02-51761
<u>Kenneth Fay Vs Jafferjee & Sons (Private) Limited & others</u>

We write on instructions of our client Messrs.Jafferjee & Sons (Private) Limited of No.169, Srimath Bandaranaike Mawatha, Colombo 07 in the Democratic Socialist Republic of Sri Lanka.

We are instructed that you have onbehalf of your client Kenneth Fay filed the above styled action against our client and 5 others purporting to claim a sum of US $ 10 Million.

1

We are instructed that:

i)  our client has and had at no time manufactured and/or exported the said tie-down strap the subject matter of this litigation and has at no time been in any way or manner howsoever directly and/or indirectly either by itself or through another involved in the production and/or export of tie-down straps to United Refrigeration Inc and/or Frank W.Winne & Sons Inc and/or to any party or entity in the United States of America.

ii) our client Jafferjee & Sons (Private) Limited is a duly incorporated Company in Sri Lanka under the Companies Act of Sri Lanka No.17 of 1982 and is a distinct and separate legal entity both in fact and in law from the 3rd and/or 4th and/or 5th Defendants. We annex hereto a Certified Copy of our client's Certificate of Registration.

iii) the share holders and directors of our client are distinct and separate from those of the 3rd and/or 4th and/or 5th Defendants.

iv) the business activities of our client are distinct and separate from those of the 3rd and/or 4th and/or 5th Defendants.

v)  our client has at no time been the servant and/or agent and/or acted for and onbehalf of the 3rd and/or 4th and/or 5th Defendants and/or vise versa in relation to the manufacture and/or production and/or export of the subject matter of this litigation.

vi) our client has at no time material has had any business dealings with either the 1st and/or 2nd Defendants.

In the circumstances aforesaid you and your client are hereby placed on Legal Notice of the above facts and you and your client are called upon forthwith to have our client's name removed as a Defendant and discharged from the proceedings.

In the event of the failure of you and/or your client to comply herewith and confirm the same to us our client will be compelled to:

i) bring this matter to the notice of the Circuit Court for Howard County in the above captioned proceedings.

ii) move to have itself discharged from the proceedings.

iii) take steps to counter sue your client for damages for the malicious institution of Civil Proceedings both in the USA and in Sri Lanka.

iv) take steps to obtain a judgement and decree against you and your client for the recovery of incurred legal charges both in the USA and Sri Lanka.

v) sue you and your client both in the USA and Sri Lanka for monitary compensation for the loss of business repute and pain of mind suffered by our client and its directors.

vi) take all steps against you and your client to vindicate our client's rights.

Our client further holds the Plaintiff and his legal advisers liable for malficence in having made our client a party to these proceedings.

You are also required to bring this letter to the notice of the Circuit Court for Howard County in the above proceedings in the interest of Justice.

Yours faithfully,

*[signature]*

cc. 1) Registrar of the Circuit Court for Howard County,
Courthouse, 8360 Court Avenue, Ellicott City, MD 21043,
U.S.A.

2) Registrar of the District Court for the Northern District of Maryland,
Garmatz Federal Courthouse, 101 West Lombard Street,
Baltimore, MD 21201,
U.S.A.



# DEMOCRATIC SOCIALIST REPUBLIC OF SRI LANKA

No. of Company: N(PVS) 1135

## The Companies Act No. 17 of 1982

### LIMITED COMPANY

### CERTIFICATE OF INCORPORATION

*(Pursuant to Section 15 (1))*

I Hereby Certify that......JAFFERJEE & SONS ( PRIVATE )...... Limited is this day incorporated under the Companies Act No. 17 of 1982 and that the Company is Limited.

Given under my hand at Colombo, this ......Sixth...... day of ......JUNE...... One thousand Nine hundred and ......EIGHTY FOUR......

*Registrar of Companies.*

Times—J 2017-7-82

LAW OFFICES
## JEFFREY S. GOLDSTEIN, P.A.
A PROFESSIONAL ASSOCIATION

JEFFREY S. GOLDSTEIN*

222 BLAUSTEIN BUILDING
ONE NORTH CHARLES STREET
BALTIMORE, MARYLAND 21201-3710

TELEPHONE: (410) 539-2222
FACSIMILE: (410) 539-8157

BERTRAM M. GOLDSTEIN, P.A.††
OF COUNSEL

ROBIN FRAZIER KANDEL

*ALSO ADMITTED IN CA
††ALSO ADMITTED IN HAWAII

December 12, 2002

Wijesnighe & Jayasekera
Attorneys-at-Law & Notaries Public
No. 15, Jambugasmulla Road
Nugegoda, Sri Lanka.

RE: Fay vs. Jafferjee & Sons (Private) Limited & otherss

Dear Sirs:

I have your letter dated November 15, 2002 relative to the above.

On behalf of the plaintiff, Kenneth Fay, we are willing to dismiss Jafferjee & Sons (Private) Limited from this litigation, with prejudice, so long as we have corroboration of the assertions set forth in subparagraphs i) through and including vi) of page two from the above referenced letter from the other Sri Lankan defendants. Since the remaining Sri Lankan defendants have not yet been served with process through the Hague Convention (as your client has not as yet either), we would like affidavits from these defendants affirming the truth of the representations made in subparagraphs i) through vi) on page two of your correspondence.

Upon receipt, we will immediately file the necessary papers with the court to dismiss your client from this action.

Thank you for your kind cooperation.

Very truly yours,

Bertram M. Goldstein

BMG/glc