IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

KENNETH FAY                    *

        Plaintiff             *

v.                            * Civil Action No. WMN-02-3210

UNITED REFRIGERATION, INC.,   *
et al.
                              *

        Defendants            *

*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *

## MOTION FOR ENTRY OF DEFAULT

The Plaintiff, Kenneth Fay, by and through his undersigned counsel, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure hereby respectfully requests that the Clerk of the Court Enter Default against Jafferjee Brothers, Inc., Jafferjee Brothers Group of Companies, and JB Group of Companies, Defendants.

1.   Jafferjee Brothers, Inc., Jafferjee Brothers Group of Companies, and JB Group of Companies, the manufacturers of the product which is the subject of this litigation were served with process including Summons and Complaint, by the ministry of Justice of Sri Lanka in accordance with the Hague Convention on the Service Abroad of Judicial and Extra Judicial Documents in Civil or Commercial Matters on March 10, 2003.

2.   Affidavits of Service upon each of these defendants were filed on June 20, 2003.

3.    Pursuant to Rule of 12 of the Federal Rules of Civil Procedure, Jafferjee Brothers, Inc., Jafferjee Brothers Group of Companies, and JB Group of Companies were required to file an answer within 20 days of being served.

4.    More than 20 days have elapsed since these Defendants were served with the Summons and Complaint.

5.    The Defendants are not infants or incompetent persons.

6.    The Defendants have not appeared in the action.

Wherefore, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, the Plaintiff respectfully requests that the Clerk Enter Default against Jafferjee Brothers, Inc., Jafferjee Brothers Group of Companies and JB Group of Companies, Defendants.

Respectfully submitted,

*Jeffrey S. Goldstein*

_____
Jeffrey S. Goldstein
JEFFREY S. GOLDSTEIN, P.A.
One North Charles Street
Suite 222
Baltimore, Maryland 21201
(410) 539-2222


*Bertram M. Goldstein*

_____
Bertram M. Goldstein
BERTRAM M. GOLDSTEIN & ASSOCIATES, P.A.
One North Charles Street
Suite 222
Baltimore, Maryland 21201
(410) 539-2222