```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF MARYLAND

KENNETH FAY                    *

        Plaintiff              *

v.                             *  Civil Action No. WMN-02-3210

UNITED REFRIGERATION, INC.,    *
et al.
                               *

        Defendants             *

*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *
```

NOTICE OF SERVICE

I HEREBY CERTIFY that on this 19th day of August, 2003, copies of the Plaintiff's Motion for Entry of Default and Plaintiff's Motion for Default Judgment as to Defendant, Jafferjee Brothers, Inc., Jafferjee Brothers Group of Companies, and JB Group of Companies, were sent via airmail, postage prepaid, to the following:

Jafferjee Brothers, Inc.
c/o Mr. Anver Jafferjee
No. 150 St. Joseph's Street
Grandpass, Colombo 14
Sri Lanka

Jafferjee Brothers Group of Companies
c/o Mr. Anver Jafferjee
No. 150 St. Joseph's Street
Grandpass, Colombo 14
Sri Lanka

JB Group of Companies
c/o Mr. Anver Jafferjee
No. 150 St. Joseph's Street
Grandpass, Colombo 14
Sri Lanka

                                    Respectfully submitted,

*Jeffrey S. Goldstein*
_____
Jeffrey S. Goldstein
JEFFREY S. GOLDSTEIN, P.A.
One North Charles Street
Suite 222
Baltimore, MD  21201
(410) 539-2222
Attorneys for Plaintiffs