## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

**KENNETH FAY**

                                *

         **Plaintiff**

    **v.**                           *            **Civil No.  WMN-02-3210**

**JAFFERJEE BROTHERS, INC.**      *

**JAFFERJEE BROTHERS GROUP**   *
**OF COMPANIES**

                                  *

**JB GROUP OF COMPANIES**

                                  *

        **Defendants**

                          ******

## ORDER OF DEFAULT

It appearing from the records  that the summons and Complaint were properly served upon the above named Defendants on___March 10, 2003 ,_ and that the time for said Defendants to plead or otherwise defend expired on _ March 31, 2003,__ and that said Defendants have failed to plead or otherwise defend as directed in said summons and as provided by the Federal Rules of Civil Procedure.

Therefore, upon the request of the Plaintiff, and pursuant to Rule 55 of the Federal Rules of Civil Procedure, it is

**ORDERED**, that defaults for want of answer or other defense by said Defendants **Jafferjee Brothers, Inc.; Jafferjee Brothers Group of Companies; and JB Group of Companies** are entered this _ 21st __ day of_ August, 2003.

                           FELICIA C. CANNON, CLERK

                     By:                     /s/
                                Mary Jo Lauman , Deputy Clerk