```
        IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MARYLAND
```

KENNETH FAY                      :

    Plaintiff             :

  v.                             : Civil Action No.: WMN-02-3210

UNITED REFRIGERATION, INC.       :
et al.                           :

    Defendants            :

## SUBSTITUTION OF COUNSEL

To the Clerk of the Court:

    Please strike the appearance of Roy Anderson, Jr., Esquire, and the Law Office of Jonathan P. Stebenne, and substitute the appearance of Warren D. Stephens, and the law firm of DeCaro, Doran, Siciliano, Gallagher & DeBlasis, L.L.P. as counsel of record for Defendant, United Refrigeration, Inc.

                                Respectfully submitted,

                                DeCARO, DORAN, SICILIANO,
                                GALLAGHER & DeBLASIS, LLP


                       By: <u>"/s/ Warren D. Stephens"</u>
                          Warren D. Stephens
                          (Federal #00638)
                          4601 Forbes Blvd., Suite 200
                          P.O. Box 40
                          Lanham, Maryland 20703-0040
                          (301) 306-4300
                          Email:
                          WStephens@DeCaroDoran.com

```
By: "/s/ Roy Anderson"
    Roy Anderson, Esquire
    Law Office of Jonathan P. Stebenne
    100 South Charles Street
    Tower II, Suite 1101
    Baltimore, Maryland 21201
    (410)841-5421
```