WHITEFORD, TAYLOR & PRESTON
L.L.P.

SEVEN SAINT PAUL STREET
BALTIMORE, MARYLAND 21202-1626
TELEPHONE 410 347-8700
FAX 410 752-7092

20 COLUMBIA CORPORATE CENTER
10420 LITTLE PATUXENT PARKWAY
COLUMBIA, MARYLAND 21044-3528
TELEPHONE 410 884-0700
FAX 410 884-0719

210 WEST PENNSYLVANIA AVENUE
TOWSON, MARYLAND 21204-4515
410 832-2000
FAX 410 832-2015
www.wtplaw.com

1025 CONNECTICUT AVENUE, NW
WASHINGTON, D.C. 20036-5405
TELEPHONE 202 659-6800
FAX 202 331-0573

1317 KING STREET
ALEXANDRIA, VIRGINIA 22314-2928
TELEPHONE 703 836-5742
FAX 703 836-0265

DENA M. TERRA
DIRECT NUMBER
410 832-2013
dterra@wtplaw.com

September 22, 2003

**VIA ELECTRONIC FILING**
The Honorable William M. Nickerson
United States District Court
for the District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

        Re:   Kenneth Fay v. United Refrigeration, Inc., et al.
               Case No. WMN-02-CV-3210

Dear Judge Nickerson:

      Our office has been asked to represent Frank W. Winne & Son, Inc., one of the Defendants with respect to the above-referenced matter. A strike and entry of appearance has been filed with this Court today, striking the appearance of Mary Weidner, Esquire and entering the appearance of our firm. This letter is submitted on behalf of Frank W. Winne & Son, Inc. pursuant to the Court's Scheduling Order of September 8, 2003. The Defendant does not consent to proceed before a United States Magistrate Judge. An early settlement/ADR conference, at this point and time, would likewise not appear to be productive, and thus the Defendant does not agree to proceed to early settlement/ADR.

      The Pretrial Settlement Order also states that an Answer needs to be filed on behalf of Frank W. Winne & Son, Inc. An Answer to Plaintiff's Amended Complaint was filed in the consolidated case number WMN-02-CV-3235 on October 11, 2002, which was administratively consolidated and closed by your Order dated January 3, 2003. In an abundance of caution, I have filed today an additional Answer for the active and pending case of WMN-02-CV-3210, which is identical to that previously filed. A copy of the Answer is attached.

September 22, 2003
Page 2

      Finally, the Defendant requests that 20 hours be allowed for the depositions of the parties and fact witnesses for each side.

                                            Respectfully submitted,

                                            Dena M. Terra

cc:    Warren Stephens, Esquire (via facsimile)
        Jeffrey Goldstein, Esquire (via facsimile)