IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| KENNETH FAY | * |
| Plaintiff | * |
| v. | *   Case No. WMN-02-3210 |
| UNITED REFRIGERATION, INC., et al. | * |
| Defendants | * |

\*    \*    \*    \*    \*    \*    \*

### NOTICE TO STRIKE/ENTER APPEARANCE

Please strike the appearance of Mary G. Weidner, Esquire and the Law Office of Nancy L. Harrison and enter the appearance of Judith C. Ensor, Dena M. Terra and Whiteford, Taylor & Preston LLP on behalf of Defendant Frank W. Winne & Son, Inc. in the above-captioned matter.

_____  
Mary G. Weidner, Esquire  
Law Office of Nancy L. Harrison  
Suite 210  
170 Jennifer Road  
Annapolis, Maryland 21401-3064  
(410) 841-5421  

_____  
Judith C. Ensor, Esquire  
Dena M. Terra, Esquire (Fed. Bar No. 26032)  
Whiteford, Taylor & Preston  
400 Court Towers  
210 W. Pennsylvania Avenue  
Towson, Maryland 21204  
(410) 832-2000

## CERTIFICATE OF SERVICE

I Hereby Certify that on this 22nd day of September, 2003, a copy of the foregoing Notice to Strike/Enter Appearance on behalf of Defendant, Frank W. Winne & Son, Inc., was mailed, postage prepaid, to:

Jeffrey S. Goldstein, Esquire
Law Offices of Jeffrey S. Goldstein, P.A.
222 Blaustein Building
One North Charles Street
Baltimore, Maryland  21201-3710

Warren Stephens, Esquire
DeCaro, Doran, Siciliano, Gallagher & DeBlasis, LLP
4601 Forbes Blvd. Suite 200
P.O. Box 40
Lanham, MD 20703-0040

Jafferjee Brothers, Inc.
Jafferjee Brothers Group of Companies
JB Group of Companies
No. 150 St. Joseph's Street
Grandpass, Colombo 14, Sri Lanka

Jafferjee and Sons Pvt. Ltd.
169 Srimavo Bandanranaike Mwa
Central, Colombo 12, Sri Lanka

Nancy Harrison, Esquire
Suite 210
170 Jennifer Road
Annapolis, Maryland  21401-3064

_____
Dena M. Terra