LAW OFFICES
## BERTRAM M. GOLDSTEIN & ASSOCIATES, P.A.
A PROFESSIONAL ASSOCIATION

BERTRAM M. GOLDSTEIN††

222 BLAUSTEIN BUILDING
ONE NORTH CHARLES STREET
BALTIMORE, MARYLAND 21201-3710

TELEPHONE: (410) 539-2222
FACSIMILE: (410) 539-8157

OF COUNSEL TO
JEFFREY S. GOLDSTEIN, P.A.*

*ALSO ADMITTED IN CA
††ALSO ADMITTED IN HAWAII

November 6, 2003

**VIA FACSIMILE (410) 962-2577**
**AND E-FILED**
The Honorable William M. Nickerson
United States District Court
    For the District of Maryland
U.S. Courthouse
101 West Lombard Street
Baltimore, Maryland  21201

    Re: *Kenneth Fay v. United Refrigeration, Inc., et al.*
        Case Number: 1:02-cv-3210

Dear Judge Nickerson:

    Under the Scheduling Order entered in this case on September 8, 2003, Plaintiff's Rule 26(a)(2) expert disclosures are due this Friday, November 7, 2003. Defendants' Rule 26(a)(2) expert disclosures are due December 8, 2003. The Discovery deadline is January 21, 2004, and the deadline for dispositive pretrial motions is February 20, 2004. Counsel for all represented parties have conferred and are of the opinion that, for a myriad of reasons, the current schedule is unworkable. We would like thirty (30) days in which to work out some logistical difficulties and be in a position to present to you for consideration a joint proposed revised Scheduling Order.

    For instance, new counsel have been retained to represent both United Refrigeration and Frank Winne. Specifically, on September 8, 2003, Warren D. Stephens entered his appearance on behalf of United Refrigeration. On September 22, 2003, Dena M. Terra and Judith C. Ensor entered their appearance on behalf of Frank W. Winne and Sons, Inc. These new attorneys needed some time to become familiar with the case and the pleadings filed to date. Just recently, on October 29, 2003, United Refrigeration served Interrogatories, Requests for Production of Documents, and Requests for Admissions. Defendant Winne expects to serve its written discovery requests by the end of the week.

    In addition, United Refrigeration recently, on October 29, 2003, requested that the Plaintiff come to Baltimore for a deposition and for neurological and neurosurgical examination for trial. This Defendant also requested that an expert of its choosing

examine all the tie-down straps purchased by the Plaintiff from United Refrigeration, including the subject tie-down strap. This expert also wishes to perform some non-destructive testing. Recently, Defendant Winne joined in this request.

To complicate matters somewhat, Mr. Fay lives in Waikoloa, Hawaii, and has significant neurological deficits. We believe that it is important that Mr. Fay come to Baltimore for an assessment at University of Maryland Hospital where he was extensively treated for his injuries. We are attempting to arrange for Mr. Fay to come to Baltimore and for lodging for his extensive stay here. This would include making appropriate accommodations for his teenage daughter, as Mr. Fay is a single parent.

We are in possession of the tie-down straps and are ready to deliver them to Mr. Stephens, upon receipt of the test protocol.

Counsel for the Defendants will not be in a position to identify with certainty their experts until after the Plaintiff has presented for deposition, after he has been evaluated by various healthcare providers, and after the Plaintiff's experts have been deposed. Similarly, the Plaintiff will not be able to determine which healthcare providers to call as experts until after Mr. Fay has come to Baltimore and been examined. Therefore, it is clear that, before discovery can proceed in earnest, Mr. Fay must come to Baltimore. The attorneys for the represented Defendants have agreed to allow the Plaintiff thirty (30) days in which to make the necessary arrangements. As mentioned, at that time, we hope to be in a position to present this Court with a joint proposed modified Scheduling Order.

By reason of all of these factors, counsel for the Plaintiff and Defendants, United Refrigeration, Inc., and Frank W. Winne & Sons, Inc., wish to suspend the Scheduling Order of September 8, 2003, for one month to allow sufficient time to bring Mr. Fay to Baltimore. At that time, we will request a Status Conference with Your Honor to arrange for a new Scheduling Order.

Respectfully yours,

Bertram M. Goldstein

BMG/deb