December 12, 2003

**VIA FACSIMILE (410) 962-2577**
**AND E-FILED**
The Honorable William M. Nickerson
United States District Court
    For the District of Maryland
U.S. Courthouse
101 West Lombard Street
Baltimore, Maryland  21201

    Re:  *Kenneth Fay v. United Refrigeration, Inc., et al.*
    Case Number: 1:02-cv-3210

Dear Judge Nickerson:

    In accordance with our correspondence of November 6, 2003, the parties have been working out a schedule for the Plaintiff to be examined and deposed in the Baltimore area.  We currently anticipate that these will take place in early March, 2004.  Accordingly, the parties hereby jointly and respectfully submit a Joint Proposed Revised Scheduling Order for your consideration.  If there is any change to the examination/deposition schedule, we will advise Your Honor as soon as possible.

    Thank you for your consideration of this matter.

                Respectfully yours,

                *Jeffrey S. Goldstein /s/*

                Jeffrey S. Goldstein

JSG/glh/deb
Enclosures

cc:    Warren D. Stephens, Esquire
       Judith C. Ensor, Esquire
       Dena M. Terra, Esquire