```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MARYLAND

KENNETH FAY                    *

        Plaintiff              *

    v.                         *    Case No.: 1:02-cv-3210

UNITED REFRIGERATION, INC.     *
Et al.
                               *
        Defendants
                               *

*    *    *    *    *    *    *    *    *    *    *    *
```

## JOINT PROPOSED REVISED SCHEDULING ORDER

In accordance with Plaintiff's correspondence of November 6, 2003, Plaintiff and Defendants, by their undersigned counsel, hereby jointly and respectfully propose the following revisions to the Scheduling Order in this matter:

| | |
|---|---|
| Plaintiff's Rule 26(a)(2) disclosures <u>re</u> experts | 3/23/04 |
| Depositions of Plaintiff's Experts shall be concluded by | 4/26/04 |
| Defendants' Rule 26(a)(2) disclosures <u>re</u> experts | 6/7/04 |
| Depositions of Defendants' Experts shall be concluded by | 7/5/04 |
| Plaintiff's rebuttal Rule 26(a)(2) disclosures <u>re</u> experts | 7/30/04 |
| Rule 26(e)(2) supplementation of disclosures and responses | 8/20/04 |

```
Discovery Deadline;
submission of status report              9/10/04

Requests for admission                   9/17/04

Dispositive pretrial
motions deadline                         10/15/04
```

WHEREFORE, the parties respectfully request that this Honorable Court revise the Scheduling Order as requested herein.

Respectfully submitted,

*Jeffrey S. Goldstein /S/*

_____
Jeffrey S. Goldstein, Esquire
JEFFREY S. GOLDSTEIN, P.A.
One North Charles Street
Suite 222
Baltimore, Maryland  21201
(410) 539-2222

Attorneys for the Plaintiff

*Bertram M. Goldstein /S/*

_____
Bertram M. Goldstein, Esquire
BERTRAM M. GOLDSTEIN & ASSOCIATES, P.A.
One North Charles Street
Suite 222
Baltimore, Maryland 21201
(410) 539-2222

Attorneys for the Plaintiff

*Warren D. Stephens /S/*

_____
Warren D. Stephens, Esquire
DECARO, DORAN, SICILIANO,
GALLAGHER & DEBLASIS, L.L.P.
4601 Forbes Blvd. - Suite 200
P.O. Box 40
Lanham, Maryland 20703-0040

Attorneys for the Defendant, United Refrigeration


*Judith C. Ensor /S/*

_____
Judith C. Ensor, Esquire
Dena M. Terra, Esquire
WHITEFORD, TAYLOR & PRESTON, L.L.P.
210 West Pennsylvania Avenue
Towson, Maryland 21204-4515

Attorneys for the Defendant, Frank W. Winne & Sons, Inc.

3