```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MARYLAND

KENNETH FAY                    *

        Plaintiff              *

   v.                          *   Case No.: 1:02-cv-3210

UNITED REFRIGERATION, INC.     *
Et al.
                               *
        Defendants
                               *

*   *   *   *   *   *   *   *   *   *   *   *
```

REVISED SCHEDULING ORDER

IT IS this _____ day of _____, 2003,

ORDERED, that the Scheduling Order in this matter be, and the same hereby is, revised as follows:

| | |
|---|---|
| Plaintiff's Rule 26(a)(2) disclosures re experts | 3/23/04 |
| Depositions of Plaintiff's Experts shall be concluded by | 4/26/04 |
| Defendants' Rule 26(a)(2) disclosures re experts | 6/7/04 |
| Depositions of Defendants' Experts shall be concluded by | 7/5/04 |
| Plaintiff's rebuttal Rule 26(a)(2) disclosures re experts | 7/30/04 |
| Rule 26(e)(2) supplementation of disclosures and responses | 8/20/04 |
| Discovery Deadline; submission of status report | 9/10/04 |

```
Requests for admission                    9/17/04

Dispositive pretrial
motions deadline                          10/15/04
```

                                          _____
William M. Nickerson
United States District Judge