IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

KENNETH FAY

v.                                          Civil Action: WMN-02-3210

UNITED REFRIGERATION, INC.
et al.

ORDER

On August 19, 2003, Plaintiff filed a motion for entry of default, Paper No. 32, as well as a motion for default judgment against Defendants Jafferjee Brothers, Inc., Jafferjee Brothers Group of Companies, and JB Group of Companies. Paper No. 30 The Clerk entered default against these defendants on August 21, 2003. The litigation against the remaining defendants, however, has become somewhat protracted. Under the most recent amendment to the Court's scheduling order, dispositive motions are not due until November 2004

Because this is an action for tort injuries that are not readily converted to a sum certain, further proceedings will be required before a judgment can be entered against the defaulted defendants. As liability would be imposed jointly and severally against all defendants, it is also necessary to defer the entry of judgment against the defaulted defendant until such time as liability and damages are determined as to the remaining defendants. Rather than leave the current motion for default

judgment on the Court's open docket until such time as the claims against the remaining defendants are fully litigated, the Court

deny the motion as premature. Plaintiff shall re-file the motion at the appropriate time

Accordingly, IT IS this 31st day of March, 2004, by the United States District Court for the District of Maryland, hereby ORDERED:

1. That Plaintiff's Motion for Default Judgment, Paper No 30, is DENIED, as premature; and,

2. That the Clerk of the Court shall transmit copies of order to all counsel of record.

/s/ William M. Nickerson
William M. Nickerson
Senior United States District Judge