IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

KENNETH FAY                          :

    Plaintiff                    :

  v.                                 : Civil No. WMN-02-3210
                                                : Honorable William M. Nickerson
UNITED REFRIGERATION, INC.           :
et al.                               :

    Defendants                   :

**MOTION TO COMPEL**

COMES NOW the Defendant, United Refrigeration, Inc., by and through its attorneys, Warren D. Stephens and DeCaro, Doran, Siciliano, Gallagher & DeBlasis, LLP and pursuant to Federal Rule of Procedure 34, respectfully moves this Court for an Order compelling the Plaintiff, Kenneth Fay, to produce the tie-down rubber strap that is the subject of this action herein within fifteen (15) days of this Court's Order and/or, in the alternative, for sanctions in accordance with Federal Rule of Civil Procedure 37, and for grounds states as follows:

    1.  That Defendant United Refrigeration, Inc. propounded Request for Production of Documents to the Plaintiff, Kenneth Fay on or about October 29, 2003.

    2.  That Request number 16 of the Request for Production of Documents asked Plaintiff to "Produce for inspection and non-destructive testing the tie-down straps purchased by Plaintiff

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP
———
WASHINGTON BUSINESS PARK
4601 FORBES BOULEVARD
SUITE 200
POST OFFICE BOX 40
LANHAM, MD 20703-0040
TELEPHONE (301) 306-4300
FAX (301) 306-4988
———
2565 CHAIN BRIDGE ROAD
VIENNA, VIRGINIA 22181
TELEPHONE (703) 255-6667
FAX (703) 299-8548

from United Refrigeration, Inc. on November 23, 1998, including, but not limited to, the subject tie-down rubber strap." Please see attached Request for Production of Documents to Plaintiff.

3.   That as of the date of this Motion, Plaintiff has refused to produce the subject tie-down strap and make it available for inspection by Defendant, although far more time has elapsed than is provided for in Federal Rule of Civil Procedure 34; and the time in which to file responses has not been extended pursuant to Federal Rule of Procedure 29.

4.   Undersigned Counsel and the co-Defendant Frank W. Winne & Son, Inc. have made a good faith efforts to resolve this matter without the necessity of filing this Motion.  Please see attached letters dated December 2, 2003, December 4, 2003, December 19, 2003, January 8, 2004, January 12, 2004, March 2, 2004, March 29, 2004.

5.   Plaintiff has attempted to justify his refusal to produce the subject strap by claiming entitlement to a "protocol" to be followed by Defendant's expert, George Saunders, Jr.  On every occasion it has been explained to Plaintiff that there will be no destructive testing and that Mr. Saunders would be performing only an examination of the strap.

6.   Plaintiff's counsel responded on April 2, 2004

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP
___

WASHINGTON BUSINESS PARK
4601 FORBES BOULEVARD
SUITE 200
POST OFFICE BOX 40
LANHAM, MD 20703-0040
TELEPHONE (301) 306-4300
FAX (301) 306-4988
___

2565 CHAIN BRIDGE ROAD
VIENNA, VIRGINIA 22181
TELEPHONE (703) 255-6667
FAX (703) 299-8548

(attached) that he was arranging delivery of the tie-down strap, as of the date of this Motion, however, Plaintiff has failed to deliver the subject strap.

    7.    That the failure and refusal on the part of the plaintiff to timely produce the tie-down rubber strap requested herein is without excuse or justification so as to warrant the imposition of any or all of the following sanctions:

    (a)  that the plaintiff, Kenneth Fay, be prohibited from presenting claims which are related to the subject tie-down strap and from introducing said strap into evidence at the trial of this case, and, further, from presenting any witnesses or expert to testify about the subject straps;

    (b)  that the claims asserted by the plaintiff, Kenneth Fay, herein be dismissed as to this party and all pleadings or parts thereof stating a cause of action against this party be stricken;

    (c)  that the plaintiff, Kenneth Fay, be required to pay reasonable expenses, including attorney's fees, caused by the failure and refusal to produce the tie-down strap, which necessitated the filing of this Motion.

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP
____

WASHINGTON BUSINESS PARK
4601 FORBES BOULEVARD
SUITE 200
POST OFFICE BOX 40
LANHAM, MD 20703-0040
TELEPHONE (301) 306-4300
FAX (301) 306-4988
____

2565 CHAIN BRIDGE ROAD
VIENNA, VIRGINIA 22181
TELEPHONE (703) 255-6667
FAX (703) 299-8548

Respectfully submitted,

DeCARO, DORAN, SICILIANO,
 GALLAGHER & DeBLASIS, LLP

"/S/ Warren D. Stephens"
Warren D. Stephens
4601 Forbes Boulevard
Suite 200
Post Office Box 40
Lanham, Maryland 20703-0040
(301) 306-4300
Counsel for Defendant

## **GROUNDS AND AUTHORITIES**

1. Federal Rules of Procedure 34.

2. Federal Rules of Procedure 37.

3. Maryland Rules of Procedure 29.

4. The record herein.

5. Exhibits/Correspondence:

    a. Defendant's Request for Production of Documents to Plaintiff.
    b. Ensor letter dated December 2, 2003.
    c. Stephens letter dated December 4, 2003.
    d. Stephens letter dated December 19, 2003.
    e. Stephens letter dated January 8, 2004.
    f. Ensor letter dated January 12, 2004.
    g. Stephens letter dated March 2, 2004.
    h. Stephens letter dated March 29, 2004.
    i. Goldstein letter dated April 2, 2004.

"/S/ Warren D. Stephens"
Warren D. Stephens

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP
———
WASHINGTON BUSINESS PARK
4601 FORBES BOULEVARD
SUITE 200
POST OFFICE BOX 40
LANHAM, MD 20703-0040
TELEPHONE (301) 306-4300
FAX (301) 306-4988
———
2565 CHAIN BRIDGE ROAD
VIENNA, VIRGINIA 22181
TELEPHONE (703) 255-6667
FAX (703) 299-8548

**REQUEST FOR ORAL HEARING**

To the extent this Honorable Court deems a hearing necessary, this party requests a hearing on all matters herein.

>"/S/ Warren D. Stephens"
>Warren D. Stephens

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing Defendant United Refrigeration, Inc.'s Motion to Compel was mailed, postage prepaid, via first-class mail, this 3rd day of May, 2004, to:

Jeffrey S. Goldstein, Esquire
10320 Little Patuxent Parkway, Suite 322
Columbia, Maryland 21044

Dena M. Terra, Esquire
WHITEFORD, TAYLOR & PRESTON
210 West Pennsylvania Avenue
Towson, Maryland 21204-4515

>"/S/ Warren D. Stephens"
>Warren D. Stephens

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP
———
WASHINGTON BUSINESS PARK
4601 FORBES BOULEVARD
SUITE 200
POST OFFICE BOX 40
LANHAM, MD 20703-0040
TELEPHONE (301) 306-4300
FAX (301) 306-4988
———
2565 CHAIN BRIDGE ROAD
VIENNA, VIRGINIA 22181
TELEPHONE (703) 255-6667
FAX (703) 299-8548

I:\COMMON\WP\L23\wds\Fay v United Refrigeration\Motions\Motion to Compel.strap.wpd