IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| KENNETH FAY | : |
|     Plaintiff | : |
|   v. | : Civil No. WMN-02-3210 |
| | : Honorable William M. Nickerson |
| UNITED REFRIGERATION, INC. | : |
| et al. | : |
|     Defendants | : |

**<u>PROPOSED ORDER COMPELLING DISCOVERY</u>**

Upon consideration of the Defendant, United Refrigeration, Inc.'s Motion to Compel filed herein, and any opposition thereto, and for good cause having been shown, it is this \_\_\_\_ day of _____, 2004, by the District Court for the District of Maryland be and is hereby,

ORDERED, that the Motion to Compel Discovery filed by the Defendant, United Refrigeration, Inc., be and is hereby GRANTED, and it is further,

ORDERED, that the Plaintiff, Kenneth Fay, shall produce the subject tie-down rubber strap within fifteen (15) days of the date of this Order, without objections, in response to the Request for Production of Documents propounded by the Defendant, United Refrigeration, Inc. and it is further,

ORDERED, that the failure of the Plaintiff, Kenneth Fay, to produce the subject tie-down strap within fifteen (15) days of

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP
———
WASHINGTON BUSINESS PARK
4601 FORBES BOULEVARD
SUITE 200
POST OFFICE BOX 40
LANHAM, MD 20703-0040
TELEPHONE (301) 306-4300
FAX (301) 306-4988
———
2565 CHAIN BRIDGE ROAD
VIENNA, VIRGINIA 22181
TELEPHONE (703) 255-6667
FAX (703) 299-8548

the date of this Order shall result in all claims against Defendant, United Refrigeration, Inc., in this matter being dismissed as to the Plaintiff, Kenneth Fay with prejudice.

                                                  _____
                                                  JUDGE, District Court
                                                  for the District of Maryland

cc:

Warren D. Stephens
4601 Forbes Boulevard
Suite 200
Post Office Box 40
Lanham, Maryland 20703-0040

Jeffrey S. Goldstein, Esquire
10320 Little Patuxent Parkway, Suite 322
Columbia, Maryland 21044

Dena M. Terra, Esquire
WHITEFORD, TAYLOR & PRESTON
210 West Pennsylvania Avenue
Towson, Maryland 21204-4515

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP
____

WASHINGTON BUSINESS PARK
4601 FORBES BOULEVARD
SUITE 200
POST OFFICE BOX 40
LANHAM, MD 20703-0040
TELEPHONE (301) 306-4300
FAX (301) 306-4988
____

2565 CHAIN BRIDGE ROAD
VIENNA, VIRGINIA 22181
TELEPHONE (703) 255-6667
FAX (703) 299-8548