IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

KENNETH FAY                         :

    Plaintiff                     :

  v.                                : Civil No. WMN-02-3210
                                        : Honorable William M. Nickerson
UNITED REFRIGERATION, INC.          :
et al.                              :

    Defendants                    :

## DEFENDANT'S REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF

COMES NOW the Defendant, United Refrigeration, Inc., by its attorneys, Warren D. Stephens, and DeCaro, Doran, Siciliano, Gallagher & DeBlasis, LLP, and requests pursuant to the Rules of Procedure that the plaintiff, Kenneth Fay, through his attorneys, produce the following written documents, or true, accurate and legible copies thereof for inspection by the Defendant:

(a) The term "documents" as used herein shall mean, unless otherwise indicated, all written, printed, typed, recorded, graphic or photographs material of any kind or character in your possession, custody or control, including without limitation, letters, correspondence, telegrams, memoranda, records, minutes, contracts, agreements, records or notations of conferences, interoffice communications, desk pad and desk calendar, note pages, telephone call slips or memos, telephone bills, microfilm, bulletins, circular, pamphlets, studies , notices, summaries, reports, books, teletype messages, invoices, tape recordings and worksheets.  Where originals are not available, authentic copies of such documents may be produced.

(b) This request for production of documents is continuing in character, so as to require you to file supplementary responses if you obtain further or different responsive documents before trial.

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP
———
WASHINGTON BUSINESS PARK
4601 FORBES BOULEVARD
SUITE 200
POST OFFICE BOX 40
LANHAM, MD 20703-0040
TELEPHONE (301) 306-4300
FAX (301) 306-4988
———
2565 CHAIN BRIDGE ROAD
VIENNA, VIRGINIA 22181
TELEPHONE (703) 255-6667
FAX (703) 299-8548

(c) Unless otherwise indicated, this request for production refers to the time, place and circumstances of the occurrence mentioned or complained of in the pleadings.

(d) The pronoun "you" refers to the party to whom these Interrogatories are addressed.

1. Any and all photographs, film, videotape, moving pictures, drawings, diagrams, or any other graphic or visual representation or depiction of the scene of the occurrence, or of any objects connected with the occurrence, or of any injuries or damages sustained by the Plaintiff as a result of the subject occurrence.

2. Any and all reports, records, notes, written materials, or electronically stored or computer stored information evidencing the findings or opinions regarding any fact or issue relevant to this case, of any expert whom you intend to call as a witness at the trial of this matter.

3. Any and all signed, written or recorded statements of any party to the present lawsuit.

4. Any and all written material or physical evidence of any kind which you intend to offer in evidence at the trial of this matter.

5. Any and all written materials, documents, or tangible items that evidence any settlement agreement, including but not limited to any releases, covenants not to sue, or settlement

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP
___

WASHINGTON BUSINESS PARK
4601 FORBES BOULEVARD
SUITE 200
POST OFFICE BOX 40
LANHAM, MD 20703-0040
TELEPHONE (301) 306-4300
FAX (301) 306-4988
___

2565 CHAIN BRIDGE ROAD
VIENNA, VIRGINIA 22181
TELEPHONE (703) 255-6667
FAX (703) 299-8548

agreements of any nature that you have reached with any party to the present law suit, or any person or entity not a party to this suit against whom you asserted a claim for damages, arising out of the subject occurrence.

    6.    Any and all written materials, documents, or tangible items evidencing any judgment you have received against any person or entity not a party to this case against whom you asserted any claim or suit for damages arising out of the subject occurrence.

    7.    Any and all documents to which you referred to in your Answers to Interrogatories.

    8.    Any and all reports generated by any individuals whom you plan to call as expert witnesses at trial.

    9.    Any and all documents which you contend relate to the occurrence described in your Complaint.

    10.    Any and all models, charts or physical objects which you have prepared in connection with this case.

    11.    All documents supporting all damages claimed by Plaintiff.

    12.    All proof of loss forms or similar forms submitted to any insurer for the subject incident.

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP
____

WASHINGTON BUSINESS PARK
4601 FORBES BOULEVARD
SUITE 200
POST OFFICE BOX 40
LANHAM, MD 20703-0040
TELEPHONE (301) 306-4300
FAX (301) 306-4988
____

2565 CHAIN BRIDGE ROAD
VIENNA, VIRGINIA 22181
TELEPHONE (703) 255-6667
FAX (703) 299-8548

13. All drafts, checks and payments made to or on behalf of the Plaintiff for all claims made and/or benefits paid relative to the subject incident.

14. All photographs and pictorial and graphic representations of the property of the Plaintiff, of the scene of the subject incident, or any other matter relevant to the subject incident.

15. All documents and materials of any type received from or sent to the Plaintiff, pertaining to the property, pertaining to the scene of the subject incident, or any other matter relevant to the subject incident.

16. Produce for inspection and non-destructive testing the tie-down straps purchased by Plaintiff from United Refrigeration, Inc. on November 23, 1998, including, but not limited to, the subject tie-down strap.

Pursuant to Rules of Procedure, it is requested that the aforementioned written documents be made available by the Plaintiff, through its attorneys, for inspection by the Defendant in accordance with the Rules of Procedure in the law offices of DeCaro, Doran, Siciliano, Gallagher & DeBlasis, LLP, 4601 Forbes Boulevard, Suite 200, Post Office Box 40, Lanham, Maryland 20703-0040.

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP
____

WASHINGTON BUSINESS PARK
4601 FORBES BOULEVARD
SUITE 200
POST OFFICE BOX 40
LANHAM, MD 20703-0040
TELEPHONE (301) 306-4300
FAX (301) 306-4988
____

2565 CHAIN BRIDGE ROAD
VIENNA, VIRGINIA 22181
TELEPHONE (703) 255-6667
FAX (703) 299-8548

```
                         DeCARO, DORAN, SICILIANO,
                         GALLAGHER, & DeBLASIS, LLP


                     By:_____
                         Warren D. Stephens, Esquire
                         4601 Forbes Boulevard
                         Suite 200, P.O. Box 40
                         Lanham, Maryland 20703-0040
                         (301) 306-4300
```

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

WASHINGTON BUSINESS PARK
4601 FORBES BOULEVARD
SUITE 200
POST OFFICE BOX 40
LANHAM, MD 20703-0040
TELEPHONE (301) 306-4300
FAX (301) 306-4988

2565 CHAIN BRIDGE ROAD
VIENNA, VIRGINIA 22181
TELEPHONE (703) 255-6667
FAX (703) 299-8548

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this ____ day of _____, 2003 I mailed, postage-prepaid, a copy of the foregoing DEFENDANT'S REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF to:

Jeffrey S. Goldstein, Esquire
Bertram M. Goldstein, Esquire
One North Charles Street, Suite 222
Baltimore, Maryland 21201

Dena M. Terra, Esquire
WHITEFORD, TAYLOR & PRESTON
210 West Pennsylvania Avenue
Towson, Maryland 21204-4515

                                        _____
                                        Warren D. Stephens

I:\COMMON\WP\L23\wds\Fay v United Refrigeration\Discovery\Requests & CRD's\RPD to Plaintiff 10.28.03.wpd/mai

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP
____

WASHINGTON BUSINESS PARK
4601 FORBES BOULEVARD
SUITE 200
POST OFFICE BOX 40
LANHAM, MD 20703-0040
TELEPHONE (301) 306-4300
FAX (301) 306-4988
____

2565 CHAIN BRIDGE ROAD
VIENNA, VIRGINIA 22181
TELEPHONE (703) 255-6667
FAX (703) 299-8548