# DeCARO, DORAN, SICILIANO, GALLAGHER & DeBLASIS, LLP

Attorneys at Law

Alan R. Siciliano*▾
Jeffrey R. DeCaro*▾
Thomas L. Doran*
Charles E. Gallagher, Jr.*▾
Samuel J. DeBlasis II*
Christopher R. Dunn*
Warren D. Stephens*

4601 Forbes Boulevard
Suite 200
P.O. Box 40
Lanham, Maryland 20703-0040
(301) 306-4300
FAX (301) 306-4988

Leslie Oliveri Doser*
Jeffrey T. Brown*
Lynne J. Kinney*
Anne Marie McGinley*
Erik H. Nyce*▾
Giancarlo M. Ghiardi*
Timothy W. Fitzmaurice*
Jennifer R. Albany*▾
Elizabeth M. Fischer*▾
Samantha D. Vanterpool▾
John M. Lis*▾
Kathryn C. Buettner

**VIRGINIA OFFICE**
2565 Chain Bridge Road
Vienna, Virginia 22181
(703) 255-6667
FAX (703) 299-8548

**EASTERN SHORE OFFICE**
740 Stagwell Road
Mail: P.O. Box 338
Queenstown, Maryland 21658
(410) 827-5013
FAX (410) 827-4323

\* Also member of DC Bar
▾ Also member of Virginia Bar

☒ Reply to Lanham Office
☐ Reply to Virginia Office

December 19, 2003

Jeffrey S. Goldstein, Esquire
Bertram M. Goldstein, Esquire
One North Charles Street, Suite 222
Baltimore, Maryland 21201

Re: **Fay v. United Refrigeration, Inc., et al.**
Case No.: WMN02CV3235

Dear Mr. Goldstein:

Pursuant to my previous requests, please promptly provide me with the straps pertaining to the above-referenced case.

I thank you for your anticipated cooperation in this matter.

Very truly yours,

Warren D. Stephens
WDS/kaw

cc: Mr. Andre' Hayes\Liberty\P303-18162901
    Dena Terra, Esquire

I:\COMMON\WP\L23\wds\Fay v United Refrigeration\Correspondence\Goldstein Ltr 04(strap request).wpd
Our File No.: 05260\00126