# DeCARO, DORAN, SICILIANO, GALLAGHER & DeBLASIS, LLP

Attorneys at Law

4601 Forbes Boulevard
Suite 200
P.O. Box 40
Lanham, Maryland 20703-0040
(301) 306-4300
FAX (301) 306-4988

Alan R. Siciliano\*▾
Jeffrey R. DeCaro\*▾
Thomas L. Doran\*
Charles E. Gallagher, Jr.\*▾
Samuel J. DeBlasis II\*
Christopher R. Dunn\*
Warren D. Stephens\*

Leslie Oliveri Doser\*
Jeffrey T. Brown\*
Lynne J. Kinney\*
Anne Marie McGinley\*
Erik H. Nyce\*▾
Giancarlo M. Ghiardi\*
Timothy W. Fitzmaurice\*
Jennifer R. Albany\*▾
Elizabeth M. Fischer\*▾
Samantha D. Vanterpool▾
John M. Lis\*▾
Kathryn C. Buettner
Ariel R. Grayson

**VIRGINIA OFFICE**
2565 Chain Bridge Road
Vienna, Virginia 22181
(703) 255-6667
FAX (703) 299-8548

**EASTERN SHORE OFFICE**
740 Stagwell Road
Mail: P.O. Box 338
Queenstown, Maryland 21658
(410) 827-5013
FAX (410) 827-4323

\* Also member of DC Bar
▾ Also member of Virginia Bar

☒ Reply to Lanham Office
☐ Reply to Virginia Office

January 8, 2004

Jeffrey S. Goldstein, Esquire
Bertram M. Goldstein, Esquire
One North Charles Street, Suite 222
Baltimore, Maryland 21201

Re: **Fay v. United Refrigeration, Inc., et al.**
Case No.: WMN02CV3235

Dear Mr. Goldstein:

I have requested on numerous occasions that you provide me with the tie down straps associated with this case for examination by my expert. Although I have been promised these items on several occasions, they have never arrived. Please provide me with the tie down straps immediately.

If you should have any questions, please do not hesitate to give me a call.

Very truly yours,

Warren D. Stephens

WDS:bt
cc: Mr. Andre' Hayes\Liberty\P303-18162901
    Dena Terra, Esquire

I:\COMMON\WP\L23\wds\Fay v United Refrigeration\Correspondence\Goldstein Ltr 05 (Req straps again).wpd
Our File No.: 05260\00126