SEVEN SAINT PAUL STREET
BALTIMORE, MARYLAND 21202-1626
TELEPHONE 410 347-8700
FAX 410 752-7092

20 COLUMBIA CORPORATE CENTER
10420 LITTLE PATUXENT PARKWAY
COLUMBIA, MARYLAND 21044-3528
TELEPHONE 410 884-0700
FAX 410 884-0719

# WHITEFORD, TAYLOR & PRESTON
L.L.P.

210 WEST PENNSYLVANIA AVENUE
TOWSON, MARYLAND 21204-4515

410 832-2000
FAX 410 832-2015
www.wtplaw.com

1025 CONNECTICUT AVENUE, NW
WASHINGTON, D.C. 20036-5405
TELEPHONE 202 659-6800
FAX 202 331-0573

1517 KING STREET
ALEXANDRIA, VIRGINIA 22314-2928
TELEPHONE 703 836-5742
FAX 703 836-0265

JUDITH C. ENSOR
DIRECT NUMBER
410 832-2078
jensor@wtplaw.com

January 12, 2004

Jeffrey S. Goldstein, Esquire
Law Offices of Jeffrey S. Goldstein, P.A.
222 Blaustein Building
One North Charles Street
Baltimore, Maryland 21201-3710

   Re: Fay v United Refrigeration, Inc., et al.
     Case No.: WMN-02-CV-3210
     Our File No.: 35618/793

Dear Jeff:

  In reviewing my file, I note that Warren Stephens has requested, on at least 3 occasions, that you provide him with the allegedly offending strap so that we may have it reviewed by an expert of our choosing. Have you provided the strap yet?

  With respect to other matters, I have been holding March 3, 4, and 5, 2004 for several weeks now, pending confirmation of your client's availability for deposition. Since Mr. Fay will be examined by Dr. Gary London on March 3rd and by Dr. Bruce Ammerman on March 5th, am I to conclude that we will be taking his deposition on March 4, 2004? Please let me know as my calendar is filling quickly.

  I appreciate your attention to these matters and look forward to hearing from you.

Most sincerely,

Judith C. Ensor

JCE/sll
cc: Warren Stephens, Esquire
   Dena M. Terra, Esquire

295068