# DeCARO, DORAN, SICILIANO, GALLAGHER & DeBLASIS, LLP

Alan R. Siciliano*v
Jeffrey R. DeCaro*v
Thomas L. Doran*
Charles E. Gallagher, Jr.*v
Samuel J. DeBlasis II*
Christopher R. Dunn*
Warren D. Stephens*

Attorneys at Law

4601 Forbes Boulevard
Suite 200
P.O. Box 40
Lanham, Maryland 20703-0040
(301) 306-4300
FAX (301) 306-4988

Leslie Oliveri Doser*
Jeffrey T. Brown*
Lynne J. Kinney*
Anne Marie McGinley*
Erik H. Nyce*v
Giancarlo M. Ghiardi*
Timothy W. Fitzmaurice*
Jennifer R. Albany*v
Elizabeth M. Fischer*v
Samantha D. Vanterpool*
Kathryn C. Boomner
Ariel R. Grayson
Jason W. Shoemaker

VIRGINIA OFFICE
2565 Chain Bridge Road
Vienna, Virginia 22181
(703) 255-6667
FAX (703) 299-8548

EASTERN SHORE OFFICE
740 Stagwell Road
Mail: P.O. Box 338
Queenstown, Maryland 21658
(410) 827-5013
FAX (410) 827-4323

* Also member of DC Bar
v Also member of Virginia Bar

☑ Reply to Lanham Office
☐ Reply to Virginia Office

March 2, 2004

**VIA FACSIMILE: (410)539-8157**
Jeffrey S. Goldstein, Esquire
Bertram M. Goldstein, Esquire
One North Charles Street, Suite 222
Baltimore, Maryland 21201

Re:  **Fay v. United Refrigeration, Inc., et al.**
     **Case No.: WMN02CV3235**

Dear Mr. Goldstein:

We have now requested on five separate occasions that you provide us with the tie down straps associated with this case for examination by our expert. You have failed to comply with these requests despite your promises to the contrary. You have also failed to provide answers and responses to the discovery that was sent to you on October 28, 2003. We sent a letter to you on January 27, 2004 to ascertain the status of these discovery requests, but still have not received any response from you.

If we do not receive the straps in question, as well as Plaintiff's Answers to Interrogatories and Response to Request for Production of Documents before Thursday, March 4, 2004, we will retain the right to hold Plaintiff's deposition open and require him to return in order to conclude the deposition.

Goldstein Letter 07
Page 2

If you should have any questions, please do not hesitate to give
me or Mr. Stephens a call.


Very truly yours,

Ariel R. Grayson


cc:    Mr. André Hayes\Liberty\P303-18162901
       Dena Terra, Esquire


I:\COMMON\WP\123\wds\Fay v United Refrigeration\Correspondence\Goldstein ltr 07 (failure to comply with straps req).wpd
Our File No.: 05260\00126