# DeCARO, DORAN, SICILIANO, GALLAGHER & DeBLASIS, LLP

Attorneys at Law

4601 Forbes Boulevard
Suite 200
P.O. Box 40
Lanham, Maryland 20703-0040
(301) 306-4300
FAX (301) 306-4988

Alan R. Siciliano*+
Jeffrey R. DeCaro*+
Thomas L. Doran*
Charles E. Gallagher, Jr.*+
Samuel J. DeBlasis II*
Christopher R. Dunn*
Warren D. Stephens*

Leslie Oliveri Doser*
Jeffrey T. Brown*
Lynne J. Kinney*
Anne Marie McGinley*
Erik H. Nyce*+
Giancarlo M. Ghiardi*
Timothy W. Fitzmaurice*
Jennifer R. Albany*+
Elizabeth M. Fischer*
Samantha D. Vanderpool+
Kathryn C. Buettner
Ariel R. Grayson
Jason W. Shoemaker

**VIRGINIA OFFICE**
2565 Chain Bridge Road
Vienna, Virginia 22181
(703) 255-6667
FAX (703) 299-8548

**EASTERN SHORE OFFICE**
740 Stagwell Road
Mail: P.O. Box 338
Queenstown, Maryland 21658
(410) 827-5013
FAX (410) 827-4323

* Also member of DC Bar
+ Also member of Virginia Bar

☒ Reply to Lanham Office
☐ Reply to Virginia Office

March 29, 2004

Jeffrey S. Goldstein, Esquire
222 Blaustein Building, Suite 222
One North Charles Street
Baltimore, Maryland 21201-3710

Re:  **Fay v. United Refrigeration, Inc., et al.**
     Case No.: WMN02CV3235

Dear Mr. Goldstein:

I am in receipt of your cover letter to discovery responses dated March 19, 2004. On the second page of that letter you state that we should contact and discuss with you inspection and non-destructive testing of the subject tie down strap.

I am finished contacting you and discussing this matter. We have contacted you on innumerable occasions and advised that there will be an inspection and non-destructive observation of this strap.

If I do not receive the strap in my office by close of business on April 2nd I will file a motion to dismiss this action.

Very truly yours,

Warren D. Stephens
WDS:bt
cc:  Mr. Andre' Hayes\Liberty\P303-18162901
     Judith C. Ensor, Esquire

I:\common\WP\123\wds\Fay v United Refrigeration\Correspondence\Goldstein ltr 11 (File motion re straps).wpd
Our File No.: 05260\00126