*New address noted*

LAW OFFICES
**JEFFREY S. GOLDSTEIN, P.A.**
A PROFESSIONAL ASSOCIATION
10320 LITTLE PATUXENT PARKWAY
SUITE 322
COLUMBIA, MARYLAND 21044

TELEPHONE: (410) 539-2222 • (410) 884-8890
FAX: (410) 884-7082

JEFFREY S. GOLDSTEIN, P.A.*

BALTIMORE OFFICE:
ONE NORTH CHARLES STREET
SUITE 1100
BALTIMORE, MARYLAND 21201
(410) 539-2228

BERTRAM M. GOLDSTEIN, P.A.†
OF COUNSEL

*ALSO ADMITTED IN GA
†ALSO ADMITTED IN HAWAII

April 2, 2004

Via Facsimile (301) 306-4988
Warren D. Stephens, Esquire
DECARO, DORAN, SICILIANO,
    GALLAGHER & DEBLASIS, L.L.P.
4601 Forbes Blvd.
Suite 200
Lanham, Maryland 20703

Re:  *Fay v. United Refrigeration, Inc., et al.*
     Case No.: WMN-02-3210

Dear Mr. Stephens:

For several months, this office has been awaiting your expert's protocol for inspection of the subject tie-down strap and hook. Despite your failure to provide the requested protocol, we would like to make the subject tie-down strap and hook available to your expert for non-destructive testing as you have requested.

My investigator, Kenneth Goldstein, has contacted you to arrange delivery of the strap and hook. Kindly contact Mr. Goldstein to make the arrangements. In absence of the protocol, I will request that Mr. Goldstein be present at the inspection.

Thank you for your kind cooperation.

Very truly yours,

Jeffrey S. Goldstein

JSG/glh

cc:   Judith C. Ensor, Esquire