UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk                                    Reply to Northern Division Address

May 4, 2004

Warren D. Stephens
DeCaro Doran Sicilano Gallagher and DeBlasis LLP
4601 Forbes Blvd, Suite 200
P.O.Box 40
Lanham, Maryland 20703

Re:   Case No. WMN 02-3210

Dear Counsel/Party:

Your Motion to Compel was filed electronically on 5/3/04; however, it is deficient in the area(s) checked below. The link to the document has been reset so that non-court users may not access it and the docket text has been modified to indicate that it was filed in error.

**Failure to meet requirements of Local Rules 104, 105, and Fed.R.Civ.P. 5:**
☐ Discovery material received.
☐ Motion to Compel filed - not in accordance with Local Rule 104.8.
☒ Discovery motion filed - not in accordance with Local Rule 104.7.

**Failure to meet requirements of Local Rule 102 & Fed.R.Civ.P. 5:**
☐ A Certificate of Service indicating how service was made on parties not receiving electronic notification has not been filed.
☐ Attachments or exhibits missing.

**Miscellaneous:**
☐ Other. _____

**** While your motion indicates that you have repeatedly sent letters to opposing counsel, there is no indication that you have actually conferred with opposing counsel to resolve what appears to be a very straightforward matter.

Very truly yours,

_____
Judge William M. Nickerson
United States District Judge

cc: Other counsel/party

U.S. District Court (Rev. 3/3/2003) - Filed in error Letter - Judge's version

---

Northern Division • 4415 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 240 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov