IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| KENNETH FAY | : |
|     Plaintiff | : |
|     v. | : Civil No. WMN-02-3210 |
| | : Honorable William M. Nickerson |
| UNITED REFRIGERATION, INC. | : |
| et al. | : |
|     Defendants | : |

**SUPPLEMENT TO MOTION TO COMPEL**

COMES NOW the Defendant, United Refrigeration, Inc., by and through its attorneys, Warren D. Stephens and DeCaro, Doran, Siciliano, Gallagher & DeBlasis, LLP and pursuant to Federal Rule of Procedure 34, respectfully moves this Court for an Order compelling the Plaintiff, Kenneth Fay, to produce the tie-down rubber strap that is the subject of this action herein within fifteen (15) days of this Court's Order and/or, in the alternative, for sanctions in accordance with Federal Rule of Civil Procedure 37, and in supplementation to the original Motion states as follows:

1. That counsel for Defendant spoke to counsel for Plaintiff by telephone on numerous occasions in an attempt to resolve the issue and to have the strap produced.

2. That specifically on March 12, 2004, in Plaintiff counsel's office in Columbia, Maryland, at, during, and following

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

WASHINGTON BUSINESS PARK
4601 FORBES BOULEVARD
SUITE 200
POST OFFICE BOX 40
LANHAM, MD 20703-0040
TELEPHONE (301) 306-4300
FAX (301) 306-4988

2565 CHAIN BRIDGE ROAD
VIENNA, VIRGINIA 22181
TELEPHONE (703) 255-6667
FAX (703) 299-8548

the deposition of Mr. Fay, counsel specifically spoke about the issues regarding the production of the strap. The issue of a "protocol" for the examination of the strap came up once again. Counsel for Defendant explained once again that there would be an examination of the strap, no destructive testing or anything done to harm the strap. There is no protocol required for an examination.

3. Despite these efforts through correspondence, telephone conversations and the referenced face to face meeting and discussion, counsel for the Defendant has not been able to obtain the strap for examination by the Defendant's expert.

4. The Defendant is in need of intervention by the Court to resolve this discovery issue.

WHEREFORE, the Defendant requests the relief sought in the original Motion filed herein.

                Respectfully submitted,

                DeCARO, DORAN, SICILIANO,
                 GALLAGHER & DeBLASIS, LLP

"/S/ Warren D. Stephens"
Warren D. Stephens
4601 Forbes Boulevard
Suite 200
Post Office Box 40
Lanham, Maryland 20703-0040
(301) 306-4300
Counsel for Defendant
United Refrigeration, Inc.

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP
____

WASHINGTON BUSINESS PARK
4601 FORBES BOULEVARD
SUITE 200
POST OFFICE BOX 40
LANHAM, MD 20703-0040
TELEPHONE (301) 306-4300
FAX (301) 306-4988
____

2565 CHAIN BRIDGE ROAD
VIENNA, VIRGINIA 22181
TELEPHONE (703) 255-6667
FAX (703) 299-8548

**ADDITIONAL GROUNDS AND AUTHORITIES**

1. Local Rule of Procedure 104.7.

2. The original Motion to Compel filed herein.

                                                "/S/ Warren D. Stephens"
                                                Warren D. Stephens

**REQUEST FOR ORAL HEARING**

To the extent this Honorable Court deems a hearing necessary, this party requests a hearing on all matters herein.

                                                "/S/ Warren D. Stephens"
                                                Warren D. Stephens

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP
_____

WASHINGTON BUSINESS PARK
4601 FORBES BOULEVARD
SUITE 200
POST OFFICE BOX 40
LANHAM, MD 20703-0040
TELEPHONE (301) 306-4300
FAX (301) 306-4988
_____

2565 CHAIN BRIDGE ROAD
VIENNA, VIRGINIA 22181
TELEPHONE (703) 255-6667
FAX (703) 299-8548

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing Defendant United Refrigeration, Inc.'s Motion to Compel was mailed, postage prepaid, via first-class mail, this 7th day of May, 2004, to:

Jeffrey S. Goldstein, Esquire
10320 Little Patuxent Parkway, Suite 322
Columbia, Maryland 21044

Dena M. Terra, Esquire
WHITEFORD, TAYLOR & PRESTON
210 West Pennsylvania Avenue
Towson, Maryland 21204-4515

                          "/S/ Warren D. Stephens"
                          Warren D. Stephens

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP
_____

WASHINGTON BUSINESS PARK
4601 FORBES BOULEVARD
SUITE 200
POST OFFICE BOX 40
LANHAM, MD 20703-0040
TELEPHONE (301) 306-4300
FAX (301) 306-4988
_____

2565 CHAIN BRIDGE ROAD
VIENNA, VIRGINIA 22181
TELEPHONE (703) 255-6667
FAX (703) 299-8548