```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MARYLAND

KENNETH FAY                      *

        Plaintiff                *

    v.                           *    Case No.: 1:02-cv-3210

UNITED REFRIGERATION, INC.,      *
et al.
                                 *
        Defendants
                                 *

*    *    *    *    *    *    *    *    *    *    *    *
```

**<u>PLAINTIFF, KENNETH FAY'S, RESPONSE TO THE MOTION TO COMPEL AND SUPPLEMENT TO THE MOTION TO COMPEL OF DEFENDANT, UNITED REFRIGERATION, INC.</u>**

Plaintiff, Kenneth Fay, by his undersigned Counsel, hereby responds to the Motion to Compel and Supplement to the Motion to Compel filed by Defendant, United Refrigeration, Inc., and states the following in opposition thereto:

1. The Plaintiff has never refused to produce the subject tie down strap and hook for inspection and non-destructive testing.

2. The Plaintiff, in fact, produced the subject tie down strap for inspection by Defendant's Counsel.

3. The Plaintiff has actually offered the subject tie down strap for expert inspection and non-destructive

testing, and the Defendant has failed to respond relative to arranging for same to be done.

4.   The Defendant has never conferred with Plaintiff's Counsel to resolve this matter.  Instead, there have been demands for production made by Defendant's Counsel.  When Plaintiff's Counsel, in an effort to facilitate the production, has requested a protocol of the inspection and testing, the Defendant flatly has refused with no discussion.

WHEREFORE, the Plaintiff respectfully requests that this Honorable Court deny Defendant's Motion to Compel.  In the alternative, Plaintiff respectfully requests that the Court require the Defendant to produce a protocol which sets forth the nature of the non-destructive testing and inspection.

Respectfully submitted,

*Jeffrey S. Goldstein*
Jeffrey S. Goldstein
JEFFREY S. GOLDSTEIN, P.A.
10320 Little Patuxent Parkway
Suite 322
Columbia, Maryland 21044
(410) 884-6890

*<u>Bertram M. Goldstein</u>*
Bertram M. Goldstein
BERTRAM M. GOLDSTEIN &
     ASSOCIATES, P.A.
10320 Little Patuxent Parkway
Suite 322
Columbia, Maryland 21044
(410) 884-6890

Attorneys for Plaintiff

```
             IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MARYLAND

KENNETH FAY                    *

        Plaintiff              *

    v.                         *    Case No.: 1:02-cv-3210

UNITED REFRIGERATION, INC.,    *
et al.
                               *

        Defendants
                               *

*    *    *    *    *    *    *    *    *    *    *    *
```

**MEMORANDUM IN SUPPORT OF PLAINTIFF, KENNETH FAY'S, RESPONSE TO THE MOTION TO COMPEL AND SUPPLEMENT TO THE MOTION TO COMPEL OF DEFENDANT, UNITED REFRIGERATION, INC.**

### I.  Introduction

This case is a products liability action, arising out of injuries suffered by the Plaintiff, Kenneth Fay, when one end of a rubber tie down strap he was using detached and struck his head with tremendous force. The metal hook on that end penetrated Mr. Fay's skull and lodged inside of his head. Plaintiff alleges that his injury was caused by the defective design of the strap and hook.

Defendant, United Refrigeration, Inc., has made a request to inspect and test the subject tie down strap and hook. Plaintiff has consistently maintained that he would agree to produce the strap and hook. However, Plaintiff has reasonably requested a protocol of the testing and

inspection.  There is no other way for the Plaintiff to determine whether or not the testing and inspection is truly non-destructive.

The Plaintiff, through Counsel, has never refused to produce the subject tie down strap and hook to the Defendants.  In fact, they were produced to Counsel during the Plaintiff's Deposition.

## II.  Argument

The Plaintiff has been willing to produce the tie down strap and hook since the time that they were originally informally requested.  He simply requested a protocol from Defendant's experts concisely describing the nature and manner of the inspection and identifying what will be involved in the non-destructive testing.  See Plaintiff's Response to Request for Production No. 16, attached hereto as Exhibit A.  See also, letter from Bertram M. Goldstein, Esquire, to Warren D. Stephens, Esquire, dated April 7, 2004, attached hereto as Exhibit B.  In addition, the Plaintiff requested that a representative of the Plaintiff be present to videotape what transpires.  See letter from Jeffrey S. Goldstein, Esquire, to Warren D. Stephens, Esquire, dated April 2, 2004, attached hereto as Exhibit C.

There is nothing unduly burdensome or oppressive in what the Plaintiff requests.

Counsel for Defendant has never responded to Plaintiff's Counsel's attempt to arrange for delivery of the subject tie down strap to him.

Plaintiff has made reasonable requests for information relative to the nature of the inspection and testing Defendants intend to perform.  Defendant's flat refusal to produce the same has resulted in the fact that the strap and hook have not been produced.  Plaintiff remains willing to produce the strap and hook.  He only would like to know what the Defendant intends to do with and to it.  This request for information is not unreasonable.

### III. Conclusion

For all of the above reasons, Defendant's Motion, as filed, should be denied.  In the alternative, Plaintiff respectfully requests that the Court order that the Defendant produce a protocol so that the inspection and testing may proceed.

Respectfully submitted,


*Jeffrey S. Goldstein*
Jeffrey S. Goldstein
JEFFREY S. GOLDSTEIN, P.A.
10320 Little Patuxent Parkway
Suite 322
Columbia, Maryland 21044
(410) 884-6890



*Bertram M. Goldstein*
Bertram M. Goldstein
BERTRAM M. GOLDSTEIN &
    ASSOCIATES, P.A.
10320 Little Patuxent Parkway
Suite 322
Columbia, Maryland 21044
(410) 884-6890

Attorneys for Plaintiff