None. Plaintiff is not in possession of documents responsive to this request for production.

REQUEST NO. 13: All drafts, checks and payments made to or on behalf of the Plaintiff for all claims made and/or benefits paid relative to the subject incident.
RESPONSE TO REQUEST NO. 13:

None. Plaintiff is not in possession of documents responsive to this request for production.

REQUEST NO. 14: All photographs and pictorial and graphic representations of the property of the Plaintiff, of the scene of the subject incident, or any other matter relevant to the subject incident.
RESPONSE TO REQUEST NO. 14:

Plaintiff attaches hereto all discoverable documents identified in Plaintiff's Answers to Interrogatories. Additional documents will be supplied upon receipt of same.

REQUEST NO. 15: All documents and materials of any type received from or sent to the Plaintiff, pertaining to the property, pertaining to the scene of the subject incident, or any other matter relevant to the subject incident.
RESPONSE TO REQUEST NO. 15:

Plaintiff attaches hereto all discoverable documents identified in Plaintiff's Answers to Interrogatories. Additional documents will be supplied upon receipt of same.

REQUEST NO. 16: Produce for inspection and non-destructive testing the tie-down straps purchased by Plaintiff from United Refrigeration, Inc. on November 23, 1998, including, but not limited to, the subject tie-down strap.

6

**RESPONSE TO REQUEST NO. 16:**

The Plaintiff will produce the subject tie-down strap upon receipt of a written protocol and the details of such and the inspection and non-destructive testing are agreed upon.

Respectfully submitted,

_____
Jeffrey S. Goldstein
JEFFREY S. GOLDSTEIN, P.A.
10320 Little Patuxent Parkway
Suite 322
Columbia, Maryland 21044
(410) 884-6890


_____
Bertram M. Goldstein
BERTRAM M. GOLDSTEIN &
    ASSOCIATES, P.A.
10320 Little Patuxent Parkway
Suite 322
Columbia, Maryland 21044
(410) 884-6890

Attorneys for Plaintiff