LAW OFFICES
## JEFFREY S. GOLDSTEIN, P.A.
A PROFESSIONAL ASSOCIATION

| | 10320 LITTLE PATUXENT PARKWAY | |
|---|---|---|
| JEFFREY S. GOLDSTEIN, P.A.* | SUITE 322 | BERTRAM M. GOLDSTEIN, P.A.†† |
| BALTIMORE OFFICE: | COLUMBIA, MARYLAND 21044 | OF COUNSEL |
| ONE NORTH CHARLES STREET | | *ALSO ADMITTED IN CA |
| SUITE 1100 | TELEPHONE: (410) 539-2222 • (410) 884-6890 | ††ALSO ADMITTED IN HAWAII |
| BALTIMORE, MARYLAND 21201 | FAX: (410) 884-7082 | |
| (410) 539-2222 | | |

April 2, 2004

**Via Facsimile (301) 306-4988**
Warren D. Stephens, Esquire
DECARO, DORAN, SICILIANO,
    GALLAGHER & DEBLASIS, L.L.P.
4601 Forbes Blvd.
Suite 200
Lanham, Maryland 20703

    Re:    *Fay v. United Refrigeration, Inc., et al.*
            Case No.: WMN-02-3210

Dear Mr. Stephens:

    For several months, this office has been awaiting your expert's protocol for inspection of the subject tie-down strap and hook. Despite your failure to provide the requested protocol, we would like to make the subject tie-down strap and hook available to your expert for non-destructive testing as you have requested.

    My investigator, Kenneth Goldstein, has contacted you to arrange delivery of the strap and hook. Kindly contact Mr. Goldstein to make the arrangements. In absence of the protocol, I will request that Mr. Goldstein be present at the inspection.

    Thank you for your kind cooperation.

                              Very truly yours,

                              Jeffrey S. Goldstein

JSG/glh

cc:    Judith C. Ensor, Esquire