LAW OFFICES
## BERTRAM M. GOLDSTEIN & ASSOCIATES, P.A.
A PROFESSIONAL ASSOCIATION

10320 LITTLE PATUXENT PARKWAY
SUITE 322
COLUMBIA, MARYLAND 21044

TELEPHONE: (410) 884-6890
FACSIMILE: (410) 884-7082

BERTRAM M. GOLDSTEIN††

BALTIMORE OFFICE:
ONE NORTH CHARLES STREET
SUITE 1100
BALTIMORE, MARYLAND 21201
(410) 539-2222

OF COUNSEL TO
JEFFREY S. GOLDSTEIN, P.A.*

*ALSO ADMITTED IN CA
††ALSO ADMITTED IN HAWAII

April 7, 2004

**VIA FACSIMILE (301) 306-4988**
**AND REGULAR U.S. MAIL**
Warren D. Stephens, Esquire
DECARO, DORAN, SICILIANO,
    GALLAGHER & DEBLASIS, L.L.P.
4601 Forbes Blvd.
Suite 200
P.O. Box 40
Lanham, Maryland 20703-0040

Re: *Kenneth Fay v. United Refrigeration, Inc., et al.*
Case No.: WMN-02-3210

Dear Mr. Stephens:

I have your letter dated March 29, 2004, with regard to the expert disclosures. I will address your concerns in the order that you have addressed them.

With regard to Richard Colberg, the "significant deficiencies," of which you claim, are as follows:

1. There is no listing of compensation paid or to be paid to him for services;
2. There is no listing of his deposition and trial testimony in other cases during the preceding 4 years; and
3. None of the "exhibits" to Mr. Colberg's reports are attached.

The documents to which are referred as "exhibits" will be forwarded to you as soon as we receive them. Some of the documents he reviewed were produced to you at the time of Mr. Fay's deposition, including the subject tie down strap and hook. With regard to the latter, I believe Kenneth Goldstein, investigator and paralegal, has left you a detailed message relative to arranging for a "non-destructive inspection and testing," including a written protocol as to what will be done during the inspection and testing. Attached are Mr. Colberg's invoice and list of cases in which he testified in deposition and trial. With this, we assume we have "cured" what you refer to as "significant deficiencies."

Case 1:02-cv-03210-WMN   Document 51-4   Filed 05/25/2004   Page 2 of 2

Warren D. Stephens, Esquire
April 7, 2004
Page 2

    With regard to Dr. Sellman, a listing of charges and deposition and trial testimonies over the past 4 years will be forwarded as soon as we receive them.

    Attached are Ms. Mintz's fee schedule and her list of cases in which she testified in deposition and trial.

    If you have further concerns, please contact me.

Very truly yours,

Bertram M. Goldstein

BMG/pam/deb
Enclosures

cc:    Judith C. Ensor, Esquire