## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

```
CHAMBERS OF                                          101 W. LOMBARD STREET
WILLIAM M. NICKERSON                                 BALTIMORE, MARYLAND 21201
SENIOR UNITED STATES DISTRICT JUDGE                        (410) 962-7810
                                                          FAX 962-2577
```

May 26, 2004


Re:  Fay v. United Refrigeration, Inc., et al.
     Civil Action No. WMN-02-3210

All Counsel

   I have scheduled a telephone conference, to be initiated by counsel for United Refrigeration, for tomorrow, Thursday, May 27, 2004 at 11:00 a.m.

   Counsel should be prepared to discuss the pending Motion to Compel.

   Please contact my chambers upon receipt of this letter to confirm your participation in this call.

                              Very truly yours,


                                    /s/


                              William M. Nickerson
                              Senior United States District Judge


WMN:ce