# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

CHAMBERS OF
WILLIAM M. NICKERSON
SENIOR UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-7810
FAX 962-2577

June 15, 2004

All counsel

    Re:    Fay v. United Refrigeration
             Civil Action No. WMN-02-3210

Dear Counsel:

    I have rescheduled the telephone status conference in this matter for Tuesday, June 29, 2004 at 9:45 a.m. I would appreciate counsel for the plaintiff initiating the call.

                                    Very truly yours,

                                    /s/
                                William M. Nickerson
                                Senior United States District Judge

WMN:ce

cc:    Court File