IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

KENNETH FAY                              *

     Plaintiff                          *

v.                                       *     Case No. WMN-02-3210

UNITED REFRIGERATION, INC., et al.       *

     Defendants                        *

       *    *    *    *    *    *    *

## JOINT MOTION TO AMEND SCHEDULING ORDER AND MEMORANDUM IN SUPPORT

The parties to the above-referenced matter, by their respective attorneys, move that the scheduling order currently in place be amended to allow the parties to complete discovery and, as reasons therefore, state as follows:

1. This is a product liability case arising out of an accident involving a rubber tie down strap allegedly manufactured by the Jafferjee Defendants, allegedly distributed by Defendant Frank W. Winne & Son, Inc., and allegedly sold to the Plaintiff by Defendant United Refrigeration, Inc. Plaintiff Kenneth Fay has filed a three Count First Amended Complaint purporting to set forth causes of action in strict liability, negligence, and breach of implied warranties. He claims that, while he was attempting to secure some plastic pads with a tie down strap, the fastening device failed, the result being that the metal hook struck him, shattering his skull and penetrating his brain.

2. The Plaintiff currently resides in Hawaii. This has made it difficult to conduct discovery. That said, the parties have cooperated in conducting discovery as

efficiently as possible. Mr. Fay was deposed in March, 2004 in Maryland, and, moreover, has been examined by the Defendants' expert medical witnesses, Dr. Bruce J. Ammerman and Dr. Gary London. The Plaintiff has also returned to Baltimore to be examined by a doctor of his choosing. In addition, the parties have exchanged written discovery requests. The Plaintiff and Defendant United Refrigeration, Inc. have responded to the written discovery. Defendant Frank Winne & Son, Inc. will respond to written discovery by the end of September.

3. The parties have deposed four United Refrigeration employees who were working at the time of the incident.

4. The Plaintiff claims to be in possession of the allegedly defective tie down strap. That particular strap has now been inspected by the Defendants' expert and returned to counsel for the Plaintiff.

5. The Plaintiff has identified two expert witnesses to be called at trial. The Defendants have identified three. Counsel for the parties are in the process of scheduling the depositions of these five individuals.

6. Unfortunately, both Bertram M. Goldstein and Jeffrey S. Goldstein, counsel for the Plaintiff, are undergoing surgery this week. It is unclear at this point as to how much time each will need in order to recuperate. At a minimum, it looks as though neither lawyer will be available for at least two weeks. Indeed, it may well be that additional time will be required. Counsel will keep the Court apprised.

7.  At this point, however, in order for discovery to conclude in as orderly a manner as possible, the parties wish to extend the discovery deadline until November 30, 2004. A proposed Order to that effect is attached.

WHEREFORE, the parties respectfully request that their Motion to Amend the Scheduling Order be granted and that they be allowed additional time to complete discovery.

_____
Jeffrey S. Goldstein, Esquire
Bertram M. Goldstein, Esquire
Suite 322
10320 Little Patuxent Parkway
Columbia, Maryland 21044
Attorneys for Plaintiff

_____
Warren Stephens, Esquire
DeCaro, Doran, Siciliano, Gallagher &
DeBlasis, LLP
4601 Forbes Blvd. Suite 200
P.O. Box 40
Lanham, MD 20703-0040
Attorneys for United Refrigeration, Inc.

_____
Judith C. Ensor, Esquire
Dena M. Terra, Esquire
Whiteford, Taylor & Preston L.L.P.
400 Court Towers
210 W. Pennsylvania Ave
Towson, Maryland 21204
Attorneys for Frank W. Winne & Son, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

KENNETH FAY                              *

    Plaintiff                            *

v.                                       *       Case No. WMN-02-3210

UNITED REFRIGERATION, INC., et al.       *

    Defendants                           *

    *    *    *    *    *    *    *

**ORDER**

Having read and considered the parties' Joint Motion to Amend the Scheduling Order, and it appearing that the Motion is proper, it is this _____ day of _____, 2004, hereby ORDERED that the Motion be, and hereby is, GRANTED; and it is further ORDERED that:

The Defendants shall provide their Rule 26(a)(2) disclosures regarding experts on or before October 1, 2004;

All discovery shall be completed on or before November 30, 2004;

The parties shall provide a joint status report to this Court on December 3, 2004;

Any depositive pre-trial motions must be filed on or before December 15, 2004; and

All other scheduled dates and deadlines shall not be affected and shall remain the same.

                                                             _____
                                                             The Honorable William M. Nickerson,
                                                             United States District Judge

*316049*