December 23, 2004

**<u>E-FILED</u>**
The Honorable William M. Nickerson
United States District Court
    For the District of Maryland
U.S. Courthouse
101 West Lombard Street
Baltimore, Maryland  21201

    Re:  <u>*Kenneth Fay v. United Refrigeration, Inc., et al.*</u>
    Case Number: 1:02-cv-3210

Dear Judge Nickerson:

    This letter shall serve as a joint status report relative to the above-captioned matter.  Discovery between Defendant United Refrigeration and the Plaintiff has been completed.  As we advised the Court in the previous status report, the Plaintiff's deposition has been taken.  Plaintiff has made himself available, and has been examined by Defendants' medical experts; the Plaintiff has produced the subject tie-down strap to Defendants' liability expert for examination.

    Since that time, Plaintiff's liability expert has been deposed.  Plaintiff has deposed Defendant United Refrigeration's employees.  To date, Plaintiff has responded to all written discovery served upon him.  Defendant United Refrigeration has responded to all written discovery.  Defendant Frank Winne & Sons has provided unexecuted answers to interrogatories. Defendant Frank Winne & Sons has not yet provided responses to Plaintiff's  request for production of documents.  Pending receipt of executed discovery responses, as well as responses to the Request for Production of Documents, from Defendant Frank Winne, the other parties can determine whether additional depositions or discovery are necessary.  All parties would like to depose the medical experts in advance of trial.

    There are no motions pending.  The case is to be tried before a jury, and the parties anticipate that the trial will last eight days.

    The parties have not yet met to conduct serious settlement negotiations.  All parties believe it would be helpful to refer this case to a Magistrate judge of this

Honorable Court for a settlement or other ADR conference.  The Plaintiff does consent to referral to a U.S. Magistrate judge to conduct further proceedings in this case.

    Thank you for your consideration of this matter.

        Respectfully submitted,

        *Jeffrey S. Goldstein /s/*

        Jeffrey S. Goldstein

JSG/pev

cc:    Warren D. Stephens, Esquire
       Judith C. Ensor, Esquire
       Dena M. Terra, Esquire