# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**CHAMBERS OF**
**WILLIAM M. NICKERSON**
**SENIOR UNITED STATES DISTRICT JUDGE**

**101 W. LOMBARD STREET**
**BALTIMORE, MARYLAND 21201**
**(410) 962-7810**
**FAX 962-2577**

February 2, 2005

All Counsel

  Re: Kenneth Fay v. United Refrigeration, et al.
     Civil No. WMN-02-3210

Dear Counsel:

  I have scheduled a telephone status conference, to be initiated by counsel for the plaintiff, for Wednesday, February 16, 2005 at 9:45 a.m. At that time I shall expect counsel to be prepared to brief me on what remains to be done in this matter and to schedule further proceedings.

              Sincerely,

              _____/s/_____
              William M. Nickerson
              Senior United States District Judge

Cc: Court file