April 12, 2005

**Electronically delivered**
The Honorable William M. Nickerson
United States District Court
  For the District of Maryland
U.S. Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

      Re:   <u>Kenneth Fay vs. United Refrigeration, et al.</u>
             Civil Action Nos. WMN-02-CV-3210 and WMN-02-CV-3235

Dear Judge Nickerson:

     As your Honor is aware, the Plaintiff has agreed to a settlement of this matter with United Refrigeration, Inc., and Frank Winne & Son, Inc.  This settlement was a joint tortfeasor settlement under the Maryland Uniform Contribution Among Tortfeasors Act, Ann. Code of Maryland, Cts. And Judic. Proc. Art., Sections 3-1401 et seq.  Please be advised that the Plaintiff intends to pursue the resolution of the default judgment proceedings against the remaining defaulted defendants.  The case is scheduled for trial on January 9, 2006.  Plaintiff would request that the Court proceed with the default judgment damages proceeding, pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, at that time.

     I am aware of the fact that this letter was due to your Honor yesterday.  However, at the time I agreed to send this letter by yesterday, I had forgotten that I would be away from the office until today.  Please accept my apologies.

     Thank you for your consideration of this matter.

                                             Respectfully yours,


                                           Jeffrey S. Goldstein

JSG:ab