May 6, 2005

**Electronically delivered**
The Honorable William M. Nickerson
United States District Court
    For the District of Maryland
U.S. Courthouse
101 West Lombard Street
Baltimore, MD   21201

    Re:   <u>Kenneth Fay v. United Refrigeration, et al.</u>
          Case No:WMN-02-cv-3210

Dear Judge Nickerson:

    The Court issued a Rule 111 Order dismissing the above-referenced case.

    The parties require an additional week to consummate the settlement. Accordingly, the parties request that the dismissal be deferred until Friday, May 13, 2005.

    Thank you for your consideration of this matter.

                                                           Respectfully yours,

                                                           *Jeffrey S. Goldstein*

                                                            Jeffrey S. Goldstein

JSG/ab