May 13, 2005

**E-FILED**
The Honorable William M. Nickerson
United States District Court
    For the District of Maryland
U.S. Courthouse
101 West Lombard Street
Baltimore, Maryland  21201

       Re:  *Kenneth Fay v. United Refrigeration, Inc., et al.*
       Case Number: 1:02-cv-3210

Dear Judge Nickerson:

    As Your Honor is aware, the Plaintiff has settled with two of the Defendants, United Refrigeration, Inc. and Frank Winne and Sons, Inc.

    I am writing this letter to confirm and respectfully request that the Rule 111 Dismissal be as to those Defendants only.

    Thank you for your consideration of this matter.

                                                     Respectfully submitted,

                                                     *Jeffrey S. Goldstein* /s/

                                                     Jeffrey S. Goldstein

JSG/ab