IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

KENNETH FAY

v.                               Civil No. WMN-02-3210

UNITED REFRIGERATION, INC
et al.

ORDER

Because the settlement agreement reached by several of the parties to this case, and recognized by this Court in it its Order of April 7, 2005, did not include the defaulting Defendants, Jafferjee Brothers, Inc., Jafferjee Brothers Group of Companies, and JB Group of Companies, it is this 31st day of May 2005, hereby ORDERED:

1. That the Clerk of the Court shall re-open the case

2. That a hearing on damages will be held before the District Court of the United States for the District of Maryland, Courtroom 3C, in the United States Courthouse, 101 W. Lombard Street, Baltimore, MD 21201 at 10:00am on the 23rd of June 2005 to determine the amount of damages for which defaulting Defendants are liable; and

3. That the Clerk of the Court shall mail or transmit copies of this Order to all counsel and parties of record

William M. Nickerson
Senior United States District Judge