August 30, 2005

**Electronically delivered**
The Honorable William M. Nickerson
United States District Court
    For the District of Maryland
U.S. Courthouse
101 West Lombard Street
Baltimore, MD   21201

    Re:    <u>Kenneth Fay v. United Refrigeration, Inc., et al.</u>
          Case No:    WMN-02-cv-3210

Dear Judge Nickerson:

    This will confirm my conversation today with your chambers, that the damages hearing in this matter has been continued from September 7, 2005, to January 31, 2006, at 10:00 a.m.

                                    Respectfully yours,

                                    *Jeffrey S. Goldstein*

                                  Jeffrey S. Goldstein

JSG/lkh