January 18, 2006

The Honorable William M. Nickerson
United States District Court
  For the District of Maryland
U.S. Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

       Re:    <u>Kenneth Fay v. Jafferjee Brothers, Inc.; Jafferjee Brothers Group of</u>
<u>Companies; and JB Group of Companies</u>
             In the United States District Court for the District of Maryland
             Case No:      WMN-02-cv-3210

Dear Judge Nickerson:

This will confirm that the Plaintiff is working with the United States Embassy of Sri Lanka, with regard to securing the Defendants, Jafferjee Brothers, Inc., Jafferjee Brothers Group of Companies, and JB Group of Companies, involvement in the default hearing.   In addition, the Plaintiff is attempting to ascertain the availability of insurance coverage for the Defendants.   Accordingly, the default hearing is still premature at the present time.

Plaintiff respectfully requests that Your Honor continue the damages hearing until April 26, 2006, so that these matters may be resolved before the hearing.

Thank you for your consideration of this matter.

             Respectfully yours,

             *Jeffrey S. Goldstein*

             Jeffrey S. Goldstein

JSG:ab