IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| KENNETH FAY | * | |
| Plaintiff | * | |
| v. | * | Case No. WMN-02-3210 |
| UNITED REFRIGERATION, INC., et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \*

## NOTICE TO WITHDRAW APPEARANCE

Please withdraw the appearance of Judith C. Ensor on behalf of Frank W. Winne & Son, Inc. Dena M. Terra and Whiteford, Taylor & Preston LLP will remain as counsel for Defendant Frank W. Winne & Son, Inc. in the above-captioned matter.

_____/S/_____
Judith C. Ensor, Esquire
Whiteford, Taylor & Preston
400 Court Towers
210 W. Pennsylvania Avenue
Towson, Maryland 21204
(410) 832-2000

_____/S/_____
Dena M. Terra, Esquire (Fed. Bar No. 26032)
Whiteford, Taylor & Preston
400 Court Towers
210 W. Pennsylvania Avenue
Towson, Maryland 21204
(410) 832-2000

CERTIFICATE OF SERVICE

I Hereby Certify that on this 10th day of February, 2006, a copy of the foregoing Notice to Withdraw Appearance on behalf of Defendant, Frank W. Winne & Son, Inc., was mailed, postage prepaid, to:

>Jeffrey S. Goldstein, Esquire
>Law Offices of Jeffrey S. Goldstein, P.A.
>222 Blaustein Building
>One North Charles Street
>Baltimore, Maryland  21201-3710
>
>Warren Stephens, Esquire
>DeCaro, Doran, Siciliano, Gallagher & DeBlasis, LLP
>4601 Forbes Blvd. Suite 200
>P.O. Box 40
>Lanham, MD 20703-0040
>
>Jafferjee Brothers, Inc.
>Jafferjee Brothers Group of Companies
>JB Group of Companies
>No. 150 St. Joseph's Street
>Grandpass, Colombo 14, Sri Lanka
>
>Jafferjee and Sons Pvt. Ltd.
>169 Srimavo Bandanranaike Mwa
>Central, Colombo 12, Sri Lanka
>
>Nancy Harrison, Esquire
>Suite 210
>170 Jennifer Road
>Annapolis, Maryland  21401-3064

_____
Dena M. Terra