LAW OFFICES
## JEFFREY S. GOLDSTEIN, P.A.
A PROFESSIONAL ASSOCIATION
10320 LITTLE PATUXENT PARKWAY
SUITE 322
COLUMBIA, MARYLAND  21044

TELEPHONE: (410) 884-6890
FACSIMILE:  (410) 884-7082

JEFFREY S. GOLDSTEIN *

Baltimore Office:
821 North Charles Street
Baltimore, Maryland  21201
Telephone:  (410) 539-2222

JONATHAN E. GOLDBERG

BERTRAM M. GOLDSTEIN, P.A. tt
OF COUNSEL

\* ALSO ADMITTED IN CA
tt ALSO ADMITTED IN HAWAII

April 12, 2006

The Honorable William M. Nickerson
United States District Court
  For the District of Maryland
U.S. Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

    Re:    <u>Kenneth Fay v. Jafferjee Brothers, Inc.; Jafferjee Brothers Group of Companies; and JB Group of Companies</u>
In the United States District Court for the District of Maryland
Case No:     WMN-02-cv-3210

Dear Judge Nickerson:

    This will confirm that the Plaintiff is working with the Embassy of Sri Lanka, in the United States of America with regard to securing the Defendants, Jafferjee Brothers, Inc., Jafferjee Brothers Group of Companies, and JB Group of Companies, involvement in the default hearing. The Embassy has referred the matter to the Director General of Commerce, Department of Commerce, Sri Lanka.  In addition, the Plaintiff is attempting to ascertain the availability of insurance coverage for the Defendants.  Accordingly, the default hearing is still premature at the present time.

    Plaintiff respectfully requests that Your Honor continue the damages hearing until June 29, 2006, so that these matters may be resolved before the hearing.

    Thank you for your consideration of this matter.

Respectfully yours,

*Jeffrey S. Goldstein*

Jeffrey S. Goldstein

JSG/lkh