LAW OFFICES
## JEFFREY S. GOLDSTEIN, P.A.
A PROFESSIONAL ASSOCIATION
10320 LITTLE PATUXENT PARKWAY
SUITE 322
COLUMBIA, MARYLAND  21044
_____

TELEPHONE: (410) 884-6890
FACSIMILE:  (410) 884-7082

JEFFREY S. GOLDSTEIN *

<u>Baltimore Office</u>:
821 North Charles Street
Baltimore, Maryland  21201
Telephone:  (410) 539-2222

JONATHAN E. GOLDBERG

BERTRAM M. GOLDSTEIN, P.A. tt
OF COUNSEL

*  ALSO ADMITTED IN CA
tt ALSO ADMITTED IN HAWAII

June 21, 2006

**Electronically Filed**
The Honorable William M. Nickerson
United States District Court
  For the District of Maryland
U.S. Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

    Re:    <u>Kenneth Fay v. Jafferjee Brothers, Inc.; Jafferjee Brothers Group of Companies; and JB Group of Companies</u>
In the United States District Court for the District of Maryland
Case No:    WMN-02-cv-3210

Dear Judge Nickerson:

    A hearing on damages in the above matter is scheduled for June 29, 2006.

    As you know, by reason that the Jafferjee Defendants are corporations or other forms of business entities organized under the Democratic Socialist Republic of Sri Lanka, and their principle place of business is in Columbo, Sri Lanka, the Plaintiff has sought the assistance of the Embassy of Sri Lanka to amicably resolve this matter.  The Embassy forwarded the matter to the Director General of Commerce of Sri Lanka to use his good offices to assist in a resolution.  Notwithstanding overwhelming documented evidence to the contrary, the Jafferjee Defendants have stated to the Director General that "we Jafferjee Brothers are not involved in the above deal".  Attached are letters from the Sri Lankan Embassy dated June 7, 2006, and Jafferjee Brothers dated May 26, 2006.  This is consistent with their refusal to accept service through the Hague Convention.

    Upon information and belief, counsel for the Plaintiff understands that the Jafferjee Defendants might have been covered by a policy of insurance with American International Group who have offices in Sri Lanka.  Unfortunately, apparently the Jafferjee Defendants have refused to admit or deny such coverage.  In addition, we have been unable to obtain confirmation or denial from the various components of American International Group.  As a result, the

Plaintiff has prepared a Complaint for Declaratory Judgment to be filed in this Honorable Court for a finding as to whether the underlying action is covered by a policy of insurance with American International Group. A copy of the Complaint is enclosed for your edification.

On behalf of the Plaintiff, a resident of Waikoloa, Hawaii, we believe it would be premature and a financial hardship for the Plaintiff to proceed with a hearing on damages at this time. Accordingly, we respectfully request that the hearing be postponed and not rescheduled until there is a resolution of the Declaratory Judgment action.

Respectfully yours,

*Jeffrey S. Goldstein*

Jeffrey S. Goldstein

JSG/lkh