IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

KENNETH FAY                             :

v.                                      :     CIVIL ACTION NO. WMN-02-3210

JAFFERJEE BROTHERS, INC.                :
et al.

O R D E R

On April 7, 2005, this Court entered a Settlement Order pursuant to Local Rule 111 dismissing this case with the right to any party to move for good cause to reopen the action if settlement was not consummated. Thereafter, on May 31, 2005, the Court entered another order advising that defendants Jafferjee Brothers, Inc., Jafferjee Brothers Group of Companies and JB Group of Companies were not included in the settlement, and directing the Clerk to reopen the case as to those defendants. A hearing as to the defaulting defendants was set for June 23, 2005, to determine the amount of damages for which they were liable.

After several continuances of the hearing on damages, plaintiff is now seeking a stay of those proceedings pending the resolution of a complaint for declaratory judgment which he intends to file in this Court against American International Group, Inc. to determine whether the injuries sustained in the instant action are covered by a policy of insurance issued by them.

IT IS, this 27th day of June, 2006, by the United States District Court for the District of Maryland, ORDERED:

1. Plaintiff's request to continue the damages hearing scheduled for June 29, 2006, is GRANTED;

2. All proceedings relative to the damages issues as to the defaulting defendants are

stayed;

       3. The instant case is ADMINISTRATIVELY CLOSED, with the right of the parties to move to reopen after the resolution of the yet to be filed complaint for declaratory judgment; and

       4. The Clerk of Court is directed to transmit copies of this order to all counsel.

 

_____
William M. Nickerson
Senior United States District Judge